Dear Clerk,                                              July 31, 2024

I have recently sent in 3 envelopes marked exhibit #1, #2 & #3.
Could you please put those exhibits under this same complaint number?
Also, I recently wrote to you requesting 2 1983 forms with
forma paupris forms. My address has changed since I wrote to
you. Could you please send those same forms here to
The Beto Unit, 1391 FM 3328, Tennessee Colony, TX 75880?
Both of these step 2 grievances were not returned to me
until April of 2023 and the violations have been ongoing.
So I'm hoping the statute of limitations (2 years) will go
from April of 2023 until April of 2025? I do not totally
understand how all of that works but am of the belief
that I do not have to refile my complaint at every new
unit they ship me to.
    Hope all is well in Austin.

    P.S. - This case is related to Tiede V. Collier.

RECEIVED

AUG - 5 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY CLERK

Sincerely,

Brian L. Oates #2097131