RECEIVED

FILED

AUG — 5 2024

AUG 5 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

United State District Court
Western District of Texas
Austin, Texas

Brian G. Oatman #2097131 :
Beto Unit
1391 FM 3328
Tennessee Colony, TX
75880
V.

Bryan Collier;
TDCJ

Exhibit #1

Notes: Coffield
4 pages Ombudsman
18 pages : NO :
ICE WATER
Cool Showers
Respite
Hourly Ingress/Egress
Coffield Unit
✗ Request to Preserve Video

Declaration of Brian G. Oatman
A/K/A "FIREWATER"
Related To: Tiede v. Collier 1:23-CV-1004-RP

I am currently assigned to a mat on the Concrete floor at the Beto Unit in Tennessee Colony, TX. It appears that we have approximately 205 prisoners here on the floor. ~~____~~ I am here due to having been assigned a High Heat Score or HHS. However I recently spent May, June and July at the Coffield Unit. I do not know why I was ever removed from Cool Bed Housing to begin with but all I do know is that Bryan Collier and the Texas Department of Criminal Justice are in the habit of transferring me and many others who are similarly situated to housing assignments that are much less desireable than those most other inmates enjoy. We are transferred off of our Native American Designated Units with no respect to our 1st & 14th Amendments. And I'm not sure TDCJ knows what the Americans with Disabilities Act's title II requires but they have no respect for our elders. I can see 6 walkers from my mat and one CPAP machine. I regularly Correspond with an Advocacy Group in Dallas, TX called the Trans Pride Initiative who has recently Contacted TDCJ's Ombudsman's Office on Our behalf.

(pg 1.)

At the last minute I have added these Ombudsman's responses to TPI's Complaints on behalf of us Prisoners. I'm not Sure why TDCJ decided to take me out of Air conditioned housing after 4 years and during the Summer months but the short answer is they do not care about human dignity nor human life. My notes record the Coffield Unit's absolute failure during a Heat Wave between June and July where I was housed first in P4-Y-wing cell #122 b for about 3 weeks in March and then spent June and July being cooked alive in our cells with NO ICE WATER, NO Respite due to being Locked in our cells and forgotten about in P3-T-wing cell 209 b

I took Some very accurate notes the best I could From May 6, 2024 through July 27, 2024 When TDCJ Transferred me to "South GYM" where it appears to be 200 of us according to the guard who is counting us right now. We have 2 toilets, 2 urinals 2 out of order water fountains, 2-10 gallon Igloos with ICE WATER and two small televisions with 3 benches in front of each T.V. that will Seat a total of 30 prisoners and 4 Park benches that will each Seat 8. There are CPAP Users who have no plugs for their breathing machines and during Count time we are stuck sitting on our mats but it is better than being cooked to death in a small cell at Coffield without the aid of Ice Water. I understand that I am already a member of the Tiede v. Collier 1:23-cv-1004-RP Litigation but have no problem filing my own Complaint with regard to those of us who made it to the safety of the A/c. I too Know what its like to Suffer from Addictions but Bryan Collier and TDCJ need to first Get Honest and admit they have a problem and quit Lying to Judges and outside Advocacy Groups like Nell Gaither at TPI.

I am requesting that this Court request Video at the Coffield Unit be Preserved for Court in Tiede v. Collier 1:23-CV-1004-RP for May-June-July.

more notes to follow.

Brian _____
# 2097131
7/27/2024

(pg 2)

(P4-Y-wing 122b) (Pg 1)

5/27/24 - Female officer working Y-wing today conducted more in and outs than most but nowhere near the required 30 minute wellness checks.
7:00 pm - "No cool showers" tonight per officer working our pod... Rack up/in/out...
7:30 pm - Count; 7:55 pm - Face let me out to access cold water and big fan. 8:00 pm - Count bell rang... Count clear? 8:12 - officer checking doors & cells but no in and outs to get cold water. 8:45 - officer shut our door. I'm going to bed.

5/28/24 - 5:00 Am - Breakfast - cold water 6:00 C.O. locking doors 7:45 - Rec - 8:03 Rec canceled 8:10 - "Rack up/no dayroom. No wellness checks 6-8/ 8:33 Am - Count wistle blew, No wellness checks 8:42 - Officer shut cell door while conducting count. 8:48 - 2nd officer counting 10:30 Am - No guards since count, inmates unlocking their own doors. 10:37 Am - Guard locked himself in dayroom to watch sports T.V. while inmates let themselves out of their cells and walk up and down the runs, in & out of each others cells... 11:35 - Guard conducted in/out for chow till 11:45 - Then locked himself back in dayroom to watch T.V. He has no Nameplate (C.O. Swalwell is working the pod gates)

6/10/24 - I was able to access respite after lunch from 12 to 1 2:25 - C.O.'s "Racking up" for count and will not allow respite during count nor access to Ice water & will not conduct hourly egress and ingress nor 30 minute "wellness checks". I'm feeling head-achey, nauseas and fatiqued. C.O. in medical denied me access to respite in medical even though I was exhibiting signs of heat illness... (Name of C.O.?)
3:00 - Counting inmates... 3:25 - Second count... One hour has passed without ingress/egress - wellness checks? Water? 3:40 - inmates let themselves out of cells 4:30 - No ingress/egress for two hours now... They won't roll the doors until time for dinner. No wellness checks, no respite requests. 5:30 - C.O. came to put inmates into dayroom. They have not rolled the doors for egress/ingress since count, yet inmates with lay-ins for insulin etc. have had to pop out of their cells

T-wing-209 bottom   (Pg2)   Coffield Unit
(P3)
And go to the Pod gate and beg to be let out. They are not
rolling cell doors for lay-ins, not even insulin. 6:41-still no
chow, still no ingress/egress/wellness checks. 8:18-Ingress/
egress first time since locking inmates up at 2:25 6 hours
6/11/24 - 12:30 PM- inmates still having to let each other
out of cells because guards are not making rounds.
I was @ Mental Health from 8-11 Am, then Commissary
before getting back to T-wing. 2:18 Count bell rang
but officers have yet to come by. Our cell door has been
open since morning which is fine with us but against
protocol. 2:30 - Count time both officers counted & walked
on by, leaving our door unlocked so we don't have to pop
it open. 2:58-Warden passed by our door and did not
lock it! WOW! 3:05-Warden passed by Again, not Shutting
our door & Now (3:06) the C.O.'s (2) walked past with a clip
board & walked back by, not Asking Any questions nor
Counting nor Locking our door. Too scared to go get a
bottle of cold water though because it is Count time meaning
"No Movement"! 3:25 C.O. walked past Again - Think they are
having problems clearing Count? 3:28-Two different officers
Counting Again! Still not locking doors but we are still
afraid to go get water. 3:30 - Now, they lock our doors, one
hour into Count time. No wellness checks, No ingress/egress
only Count & locking doors. 3:57 - In & out for dayroom
Count clear. 5:22 - Let ourselves out to get ready for
Chow, Access cold water etc. C.O's have not been back
Since Count cleared @ 3:57: They don't Appear to be Under-
staffed? Maybe Un-supervised? 6:28 - Back from chow.
@ about 6:00 they rolled doors for chow but the floor officer
only came in & ran up to unlock the Stairwell Gate on 3
row and back down. He did not secure our doors nor do
a Security round/wellness check. They like to hang out at
the Picket or "Rotunda" not do their rounds.
7:57- No Ice water/Jugs waiting for Ice; C.O. Locking doors
for Count time. C.O. Did not lock our door for Count!
This is a good thing if this Keeps up, then we can still
access ice water when they give us ice! 8:19-Second
Count. 8:26-Still no Ice or Water in igloos...

(Pg5)

6/12/24 - 4:57 Am - Doors opened for shower & breakfast @ a little after 4 Am. I did not go to shower because we do not get clean clothes on wed. Our doors have been open for about an hour with no wellness checks etc...
I did go fill up my Gatorade bottle with cold water.
6:30 Am — Doors still open. They never made a round from 4 - 6:30 (shift change) I'm going back to sleep. (NRR reported inmate death in Tarrant County Jail is a "homicide".)
7:02 am - Went for another bottle of water / outside rec being called, Doors have been open since 4Am. No security nor wellness check rounds have been conducted in this time (4-7).
★ 7:54 - guard secured doors for Count / Security check...
9:33 - I dosed off for an hour & 1/2. I suppose the guards came through to count? I have a lay-in for medical for 9:30 - 9:45 for my Spider bite, Nausea, weakness, inflamed lungs, fatigue, etc. 9:36 - wrote I-60 to classification requesting Heat Score & Health Summary for classification. Medical only gave me a list of my Heat restrictions, not my medical Summary for classification.
10:11 Am - Count is not clear / no one is out on the run but it sounds bringing in outside rec so I will pop-out of my cell & try to go to medical appointment. 10:13 - Count clear!
1:38 - finally back from Medical. They gave me a steroid shot for Allergies and hydro-cortizone cream for insect bite. Door was locked when I got to cell so I had to let myself in.
★ 2:32 - Count time. 2 C.O.'s just made a round to count & lock us in our cells.
3:23 - Egress / Ingress Dayroom open.
4:00 - Chow - 5:00 back from chow had to roll my own door No ingress / egress since 3:23 it now 6:00 pm 7:17 pm - Cool down Showers, ingress/egress before Count. This is 2nd shift Last ingress/egress was 4 hours ago. No wellness checks, No Security checks. 7:34 - Still no Security checks? Not even sure they unlocked / locked the doors as mine has been since 5:00!
★ 7:51 Count time - They finally made a round & secured the doors They have not made a round since 2:32 count 5 hours between wellness checks ★ 8:26 — Second Count C.O. made a round. 9:09 Security check, No ingress/egress

T-Wing - 209 bottom (Pg 2) Coffield Unit

6/12/24 - 9:33 pm - Count clear bell rang, 10:16 pm - Rack up time, Closing/Locking doors.

6/13/24 - 4:41am - Back from Breakfast/shower. I had to roll my own door as the officers are not walking the floors, they simply enter our pod and turn and yell at the officers in the rotunda to open the doors. They are not conducting their rounds & securing the doors while we are gone, nor in the habit of opening them to let us back in. 5:20 - Gaurd secured (our door AKA "Security Check". 6:21am KERA reports 95° today will feel like 100° & 97° tomorrow. No Security Checks/wellness checks since 5:20. 7:18 - Maintenance is power washing windows on our wing. No Security/wellness checks no Ingress/egress, outside rec nor dayroom called. My celly has a 9:30 Lay-in for medical will probably have to open our own door so he can go to the gate and beg to be let out to his appointment. No access to respite (24/7) Nor cold water, ice.

7:41 - Security round for "school, work, Lay-ins"
★ 8:10 - Roster Count / I asked for cold water, officer said he will instruct The SSI (Pod worker) to bring it around. 5:20 - 8:10 - Zero Access to Cold water & Ice (3 hrs.)
★ 8:37 2nd Count/sheets delivered by laundry still no cold water - I asked officer for cold water & he just kept on walking like he never heard me.
8:55 - Call over maintenance man's radio Announced "Count time @ 8:55"? They already Counted us twice?
- Wrote I-60 for Law Library session to review AD 10.64 & Security Protocols etc.
★ 9:22 - Officer Counting Again Asked inmate who was "Stuck out on the run" to get me cold water! YAY! Hydrate early & often on hot/humid days!
★ 10:28 - Count clear/had to open our door for celly to go to Lay-in.
11:10 - Inmates are saying its chowtime. Had to open 210's door so they can get to chow. Officers are not Conducting their rounds (last came by my cell @ 9:22 . (2hrs) 11:16 : Older Black man They call "Pork chop" had to beg & fall on the floor to get officers to Allow him to go to the infirmary. They hand-cuffed him -

( Pg 5 )

6/13/24
— To take him to medical. I'll get his story & info when he gets back (11:23Am)

[12:20] — Back from lunch, had to let ourselves back in cell only because I locked it when we left. They have made zero rounds. Celly told me "Pork chop" came into medical in hand-cuffs and left in a wheel chair. "Garcia" in 221 said cell 222 is where they come and take a temperature reading every day.

✱ [2:10 pm] Closed doors for Count/security check, wellness check ?

[3:04 pm] — Major Conducting a "Temp check" @ cell 222. [3:07] Major said Temperature is "89⁰".

✱ [3:27 pm] — Count time. 2-officer's Counting on 2 row. We've already been in our cells locked away from cold water for (1hr)

[4:18] — Unlocked my own cell door to access ice water. It's been two hours since they locked us in @ (2:10). & its still Count time but they have nobody passing out water or doing wellness checks etc.

[5:02] — Let myself out again to get water and wait for chow. Count Clear bell just now rang but officers do not walk pods and open doors like they are supposed to.

[7:21] — back from chow/still running chow. 2nd shift.

[8:00] — Mail call. No cool down showers.

✱ [8:28] — Count time 2 row, Water Cooler is empty waiting on ice, C.O. secured our door @ 8:31

[10:21] — Never unlocked our doors or conducted rounds 2 hr

6/14 24 [7:20] — Work lay ins. No dayroom. The C.O. did let me go get cold water but I had to argue with him and threaten to write him up he was not wearing his name plate. And the A.D. 10.64 is not posted on T-wing as required.

✱ [8:20] Count time. 2 guards Counting,

✱ [9:15] — Second Count (No ingress, egress

[9:32] — Dayroom, water, doors unlocked,

[12:11] — Guards have not made one single round since 9:32 when they opened our doors. This is good that they leave the doors open for us to access cold water but confusing because it violates Security protocols & A.D. 10.64's wellness checks... We are waiting to go to lunch Dayroom is locked. Some are locked in some →

T-Wing - 209 bottom (Pg 6) Coffield Unit
cont.

6/14/24 → Are Locked out

[1:05] - Tried to access respite @ chapel but was denied by C.O. that said "Aint no respite here, you got ta go to the Barber Shop. [1:10] Lt. Turney let me in to the barber shop. [1:19] - realized there is no ice water in barber shop. [1:32] - Asked Sgt Danso why we have no ice water in barber Shop Respite as per AD 10.64. He said come on bring your cup, I will take you to get ice water. He took me to the chow hall where all was available was warm tea. When I again reminded him of A.D. 10.64 He told me to "write it up" and then did not let me back in to respite though he passed by several times and Saw me standing outside waiting to be let in.

[1:45] - Left respite due to being denied access, needing cold water and toilet which the Barber Shop has neither.

[2:17] - Co Locked our door for Count, then Picket opened it one minute later, [2:21] C.O. re-locked our door.

✗ [2:32] - 2nd Count C.O. OBiji & OHRi Counting

[2:53] - Warden Ragland Came to check the temp. with 2 officers in Cell 222

⟹ [3:03] - Asked Warden Ragland about No ice water in Barber Shop Respite and he said "I'll check it out."

[OSHA] → While walking to respite from the chow hall I noticed that out in one of the court yards the maintenance supervisor/officer had an inmate operating a power washer to clean the upper Masonry Walls. The inmate was using an extension ladder that was not tied per at top nor bottom and was within a foot of an open edge with a possible fall of close to 20'. Extension ladders are not supposed to be worked off of in this manner & Workers are supposed to be using fall protection while working near open edges or within 6' of an open edge. This is a Huge violation !!!

[3:48] - Count clear Bell rang.

[4:33] - officers Locked our door @ 2:17 & only Counted. They have not conducted ingress/egress, wellness checks etc →

(137)

6/14/24 - Cont. [4:33] - I'm going to open my own door to access cold water and wait for chow. [5:04] - chow [5:19] - Nobody @ Respite in Barbershop, door is locked. So I slipped into Spanish Church in Chapel till 7:00 for respite.

[8:13] - Guards secured our doors for count. Cutting off access to cold water/respite.

[9:21] - still locked in our cells, the igloo is gone so we have no ice water. Count bell just Rang ☒ count clear. Doors never re-opened

6/15/24 - ☒ 2:27AM Count - No access to cold water over night. No access to respite either. Its Not 24/7... ☒ 3:34) Count clear bell rang.

[3:51] - Let myself out for shower, clothes & chow.

[4:14AM] - Back from chow & Showers. No clean towels today and breakfast was served on paper plates and made to return to cells to eat. Diet had Sausage, Pancake, Prunes, Oatmeal. The only respite area open was in Medical due to running insulin shots but I bet they'd kick you out quick if you requested respite @ 4:00AM! Chapel, Barber shop, Schoolhouse, law Library were all closed at this hour.

[7:05] - Lay-ins, work, Outside rec ☒ 8:07] Count.

[9:11] - Outside rec returning; ~~inmates are having to unlock their own doors since there is no "Ingress/Egress"~~ ⇒ ~~taking place. Guards~~ Doors rolled @ 9:18 guards are Actually conducting a proper ingress/Egress & Dayroom access even before Count is clear — so this proves that it can be done. The C.O. is African with a long last name that starts with OSAB- I will look it up @ Law Library it spooks them when you want their names. 9:30] Doors secured - This ☒⇒ is a proper ingress/Egress for 1&2 rows.☒☒☒

[☒9:43] - Count clear bell ringing. I'm still experiencing chest congestion & coughing up phlegm

⇒ [11:04] - It's been 1½ hrs since my door was locked with no Ingress/Egress/wellness checks. I'm going to let myself out to go get cold water

[11:43] - Guards unlock dayrooms but make no rounds. [1:50] - chow 12:05 — 12:51 Respite in Chapel [12:53] - Let myself back

T-wing-209 bottom (PJ8) Coffield Unit

cont.

6/15/24 ↓ into cell. Still have stopped up ears & labored breathing. Congestion in chest & sinuses. 1:03pm- Dayrooms are locked and inmates are walking about on the "runs" in front of their cells. Don't know why they even bother to lock cells & dayrooms? It's an outdated security protocol that competes with wellness checks.

⊠ 1:19 - C.O.'s emptying the dayroom "rack up for Count" locking us in our cells away from ice water/respite. 1:46 - Door locked 4:12 - Doors still locked. I rolled my own door to access cold water & got ready for chow. Guards are not making rounds. Scores of other inmates are out and about. They have opened their cages too. 5:22 - Back from chow. Respite @ Barber shop had inmates in it but unattended and I did not see any ice water. Chapel was supposed to have Tyleen? services but was empty and locked. I was chased out of medical respite the other day and directed to the Barber shop but nobody is ever there to let people in and out (24/7?)

⇒ 5:40 - Egress/Ingress/Dayroom/Doors locked
← 6:53 - Cool Down showers Announced ▓▓▓/Dayroom Ingress/Egress
← 7:48 - Count time/doors locked. 8:14 - Counting again
⊠ 8:52 - Count clear bell ringing. 9:31pm No Ingress/Egress since 6:53 (2½hrs) I'm going to sleep.

6/16/24 - 4:47 - Doors open for showers & chow
7:00 - ● 1ˢᵗ shift. Doors are still open since 4:47 this means they made no security/wellness checks.
7:19 - Dayroom & outside rec being announced. Doors being secured/locked (Doors open from 4:47-7:19)
⊠ 8:30 - Count bell ringing. 9:58 Rec coming in
⊠ 10:18 - 3 bells ring - Count clear...
10:53 - Dayroom in/out, cold water (People have been locked in the dayroom & cells from (7:19 - 10:53) dayroom has no toilet/only a urinal and cells have no ice water) No security Rounds, Nor wellness checks have been conducted for over 3 hrs... I barely had time to run downstairs and refill my 20 oz water bottle and run back before the C.O. closed my door. Proper Ingress/Egress (in & out) are supposed to allow us at least 5 minutes.

(P9 1)

6/16/24

★⟹ View H.H. Coffield Unit 24 Hour Building Schedule @ 2024 U.S. Dist. LEXIS 65484 - Compare to Notes... Wellness checks & Ingress/Egress are not a part of this schedule and for good reason. They do not exist.

11:26 - Opened my door and neighbor's door. 10:53 - 11:26 no wellness checks its heating up and I like to Tank up on cold water early.

12:36 - Chow rolling in hallway - They still have not rolled doors. nor conducted their Rounds... I'm going to Chow!

1:27 - Got back from chow 1:28 - Goon Squad Ran upstairs possible ICS? Took one inmate out in cuffs.

⟹ ⁖ Stopped by Chapel for respite, doors were locked and a service was about to exit. I didn't stay but stopped by Respite @ Barbershop where inmates were locked in and asked if they had "ice water" — No ice water.

1:39 - Officer locked our door/dayroom is also locked Luckily I just refilled my water bottle with ice water (20 oz)

⟹ ⁖ Submitted Sick call - head/chest congestion/Labored breathing.

2:00 - Just Noticed doors open? but no officers on the run.

2:30 - Officer securing doors & racking up dayroom.

2:50 - 1 bell rang; ~~count time~~. Prepair to Count.

2:57 - 2 bells ring Count time (inmates have opened their cells & have been walking around on the runs.)

2:59 - Warden Ragland "checking doors" on his way to cell 222 to take his daily temperature reading. (I'm in cell 209)

3:02 - Officer Counting & checking doors are locked.

★ = Warden Ragland has a body Camera attached to his chest. Temperature is "88.5" per Warden Ragland.

4:46 - Inmates have Broken out of their cages and are claiming that "Chow is Rolling". Officer just came by to Announce "Chow" right After I opened our door. The Picket does this all the time and does not open doors.

★ 4:49 Doors opened. 5:33 Back from chow. Diet had chicken for Lunch Beef Noodle Cass. for Dinner. Chapel was closed & Barber shop was locked ~~before was open~~ but there was an officer @ the desk. I don't want to be locked in anywhere with no ice water and no toilet.

★ - Water Can on T-wing is out of ice @ 5:30 pm Don't think they refill Ice until 7-8 p.m. ??

T-wing·209·bottom     Coffie ld Unit

6/16/24 - I noticed 6 guards working or standing around the "Rotunda" (control room), 5 outside and one inside. I think there was only 5 total yesterday. There are 6 wings in my P-3 Area (M,N,O & R,S,T)

KERA - 6:00 pm "Heat Wave" heading to Midwest this week.

[6:38] Ingress/Egress · Doors Secured [4:49 - 6:38] almost 2 hours between Ingress/Egress & no wellness checks. Water cooler still out of ice. (1 hr)

[7:00 pm] "Cool Down showers" ~~Guards Close~~ Doors rolled.

A [7:50] -C.O. Counting, did not secure our door but water keg is still waiting to be filled with ice 2 hrs 20 minutes so far no ice on a fairly warm day. [7:57] -my celly reports "I have a "Heat headache", I'm drinking sink water since there is no ice water. It is good C.O. did not secure our door but it violates their security protocol of "No movement" during count. Ingress/Egress etc...

[8:35 pm] C.O. Counting securing doors & I asked if we were going to get any ice for our cooler, she replied "We've been calling the Kitchen, they are saying one of their machines is down. I don't know what they are doing." (3 hrs no ice)

[9:37] No wellness nor security checks. I broke out of my cage to access cold water. Igloo now has ice in it (4 hrs.)

[10:20] -Racking up for the night/Securing doors / No cold water till 4:00 Am...

[11:49] - 1 Bell ring - Prepare for Count.

6/17/24 — [3:24] -Officer Conducting Count. It was warm all night. I did not sleep much and have a "Heat Headache" this morning. [4:00] Both celly & I have headaches so I tried to go get cold water. An officer entered the wing and would not let me get any, He ordered me back to my cell. 6 hrs without cold water.

[4:14] 3 bells Count clear! [4:57] -Was able to open my door and access cold water. My headache went away. 7 guards are on duty. 4-Are standing around inside the Control Room ("Rotunda") 2-Are standing around outsid the Rotunda & 1 - is sleeping in our day room. We are waiting to go to Showers & Breakfast. They have not rolled the doors & Are not making Rounds.

(Pg 12)

Cont.

6/17/24 - 5:15-5:30 Chow - Diet had peanut butter pancakes, grits and applesauce. Nothing to drink. Our cells smelled of Marijuana Smoke when I got back and the temp. feels like 80°... 6:15 - guards secured doors before 1st shift comes on @ 6:45.

7:15 "Dayroom, outside rec & Laymns". So this is an Egress/Ingress...

9:10 - Surprise Wellness check. "9 cell Are you good?" I was using the toilet so I said Yes but actually I could use some ice water. It is already really warm in here. I will drink sink water since it is count time, I should not break out of my cage. :)

9:44 - There is no Ice water. The igloo has been missing for at least the last hour.

10:14 - ~~Count~~ - Outside rec coming in NO ICE WATER!

10:30 - Ice Water 10:40 KERA "Heat index 103° today"

10:55 - Ingress/Egress (Last one was @ 7:15 = 3½ hrs)

10:57 - Count Clear 12:30 Chow 1:21 Back from chow.

2:23 - 1 bell prepare for Count 3:00 Major Checking Temp

3:23 2 bells count time. 3:30 NO ICE WATER !!!

4:30 Commissary

5:00 3-bells Count clear 5:30 Still NO ICE WATER !!!

6:00 Too hot to eat. I'm not going to last chow.

7:24 - Returned from Cool down showers Still NO ICE water !!

7:40 1-Bell "Prepare for Count" (4hrs)

7:52 2 Bells "Count time" We now have Ice water !

8:12 - Officer Counting Secured our door 8:30 2nd Count

9:17 3 Bells Count clear.

9:37 - They are not going to roll doors till 10:30. I'm going to sleep.

9:50 3 Bells Again? Count clear - Again ??

T-wing-209 bottom    (pg 12)    Coffield Unit

6/18/24 ⚡ | 4:23 | 3 bells, Count clear
| 4:45 | -Return from Chow-Let myself out Library @ 5:45
| 6:33 | -Back from Library | Ice being put in coolers.
| 7:32 | -Doors Secured, (fell Asleep)
⚡ | 10:53 | 3 Bells "Count clear" | 11:30 | -Chow time? opened
my own cell to access cold water/No rounds/No Ingress/Egress
| 12:30 | -NO ICE WATER!!! | 1:30 | Lunch (Pork chop, beans, corn)
| 1:57 | Still NO ICE WATER, Let myself back into cell.
| 2:01 | Ice Water! YAY! (1½ a/o) Guards are sitting in our dayroom
and leaning against the Rotunda (4) 1-is opening gates & one
is sitting in the Rotunda. 6-is about all I ever see.
| 2:26 | -Closed dayroom & racked inmates up for Count
Preventing us from accessing cold water/respite
⚡ | 2:50 | -Officer Counting & securing doors (2 officers)
⚡ | 2:51 | 2-Bells count time! | 3:01 | Major checking Temp.
⟹ I Ask the Major what the Temp was he said "88°" I asked
if the device also gave him the Heat Index and He said "it does
but I don't want to give you that one". Smiled and walked
off. (Major Hall)
| 3:58 | No Wellness checks, No Security checks, No Access to
Ice Water for one hour now....nor Access to respite
| 4:04 | -Broke out of my Cage to Access Ice water so did several
other thirsty Monkeys!! The guards see us out but
say nothing...
⚡ | 4:40 | 3 bells = Count Clear. (2 hrs to Count) No Security/wellness checks.
| 5:15 | -Ingress/Egress for "dayroom" 3 hrs after they closed dayroom
for count; officer said we are having Johnny's for dinner
| 7:00 | -2nd shift; no ingress/egress (2 hrs); still NO Dinner.
| 7:01 | Cool Down Showers | 7:14 | NO Ice Water Again!!!
| 7:52 | 2 Bells = "Count time" - Officer "Rack up for Count" Dayroom is
Locked, Both Coolers are Empty=NO ICE WATER & NO Dinner
| 8:10 | 2nd officer Counting. | 8:36 | Dinner is here; still NO ICE water!
| 9:08 | -Still Count time but inmates have broken out of their cages and
are all over the place. Still NO ICE WATER!! (2 hrs)
I'm going to sleep.

(pg 13)



6/19/24 ✳ | 2:48 AM | 1 bell "Prepare for Count"
✳ | 2:57 | 2 Bells "Count time"
| 5:02 | - Doors Rolled for Showers / chow (didn't go to chow)
| 7:00 | - Outside Rec Doors have been open since 5:00
| 7:27 | - officers walked the run but did not secure doors ?
| 7:54 | - Doors Secured ✳ | 8:18 | Count time.
✳ | 8:25 | - 3 officers Counting | 8:46 | 2nd Count
| 9:45 | Rec coming in. | 9:54 | Doors open & guard unlocks Dayrooms
✳ | 10:22 | 3 Bells "Count clear" | 12:00 | Lunch | 12:30 | Dayroom
and cells have been unlocked since 9:54 with no security
rounds / no wellness checks. They should Always leave dayroom
and cells unlocked !! so we can access water & maybe respite.
⇒ | 1:50 | - Officer made a Round (wellness check?) but asked no questions
and secured no doors. (doors have been unlocked for 4 hrs (9:54)
and officers have not made a 'Round' since count @ 8:46 (5 hrs)
✳ | 2:10 | - C.O. closing doors for Count | 2:23 | - Officer Counting ✳
✳ | 2:32 | 1 Bell "Prepare for Count" ✳ | 2:42 | 2 Bells = "Count time"
| 2:53 | Major checking Temps / Heat index @ cell 22 (Major "HALL")
| 2:54 | C.O. Kuja counting (2nd count)
| 4:10 | - 2 hrs locked in cells away from ice water with no "wellness checks"
~~over~~ ~~over~~ No "Security checks"
⟩ | 4:24 | Officer making round (security) went to get me a bottle of water.
| 4:36 | 3 Bells = "Count clear (2 hrs for count) ~~over over over over~~
~~over over over~~ | 4:46 | - Doors Rolled for Ingress/Egress / Dayroom
but there is no officers making rounds. (7 guards working)
| 5:48 | No Rounds, cells open, dayroom open, ~~dinner is Johnny Sacks~~ ...
| 6:23 | Chow Time | 6:50 | Back from chow had to lock & unlock our
own door. | 6:55 | - Cool Down Showers
✳ | 7:44 | 2 Bells = "Count time". (Door have been open since 4:46 (3 hrs)
No Security Rounds / wellness checks
| 8:00 | Co Counting & closing doors ✳ | 8:18 | 2nd officer counting
✳ | 9:10 | 3 bells = "Count Clear | 10:00 | emptying dayroom / Rackup
| 10:18 | Doors Secured for the night.

T-Wing-209 bottom          (Pg 14)

Coffield Unit

6/20/24 ✦ 2:57 2 bells "Count Time"
       ✦ 3:25 Count clear

➤ Nobody came by to count us. Count Never clears that fast!

3:29 - Chow (eggs, grits, pears, bread)  4:30  back from chow
6:02  shower ➤ Officers securing doors that have been open 2½ hrs
7:33 - Rec ▮ ✦ 8:55  Prepare for Count
✦ 9:04  Count time  9:11 2 officers Counting
✦ 10:11  Count clear  10:15 Ingress/Egress / Dayroom ➝
➝ He did not give time to go get water.
10:43: Count Clear = 3 bells  10:55  - C.O. Checking door are locked.
11:23 - Chow - C.O. conducting In/outs (Ingress/Egress)
12:27 Back from chow (fish, beans, noodles, Bread on diet) Igloos being filled
       with ICE & Dayroom unlocked. (Let myself back in cell)
1:13 - Security check / Locking doors ✦ 2:07 Rack up for Count
✦ 2:08 2 bells = Count time  4:00  ▮▮▮▮▮▮ Count clear ?
     Inmates are letting themselves out of Bells. Need ICE And
     Water in Cooler!!  4:10  Ingress/Egress 2 hrs
5:42  - = Let myself out to get cool water and wait for chow
       no Ingress/Egress (1½). The water Keg is almost empty & No Ice
6:11 em - Back from chow (BF Noodles, Beans, greens, Bread) had to let myself
       into cell. Both Water Kegs Are Empty - NO ICE NO WATER ✦✦
6:44 - "Cool Down Showers"  7:27  Last call for Cool Down show 2 hrs)
7:39 We have ICE Water.. YAY! ✦ 7:40  1 bell = Prepare for Count
✦ 7:47 2 Bells = Count time ✦ 8:14  officer Counting & securing doors.
✦ 8:48 3 Bells = Count clear .. That was awful fast...
✦ 9:25 3 Bells Again = Count clear?
10:00  No Ingress/Egress 2 hrs, I'm going to sleep.



6/21/24 ✱ [2:50] am̅ Count time ✱ [3:20] Count clear
[4:00] chow (Both water Kegs are Bone dry!
[4:55] Back from chow NO ICE WATER
[6:03] Security check - officer securing doors/still NO ICE WATER!
[7:31] Outside Rec / Ingress / Egress
[9:03] officer counting [10:10] Rec Coming in.
[10:17] 3 bells = Count clear (I fell asleep between 7:31-9:03)
NO ICE WATER !!!
[10:36] Security check closing doors (did not say Ingress (Egress)
Some officers are better than others. Looks like she makes 1½hr rounds...
✱✱⇒ wrote 1-60 To TVCC College Asking to see Counselor to
Sign up for Computer Tech - Horticulture - Welding
✱ ✱⇒ wrote Chaplain Again about faith change )
⇒ wrote: classification Asking why I was transferred
off of Cool bed priority housing during the Summer
months? / also Asked for Copy of Health Summary
for classification. [11:00] YAY Ice water!
[C.O. "MS. O"] is on top of things And doing her job right.
She has the door tool and opens doors for people
returning from layins etc.
[1:00] Back from chow "MS. O" is sitting on the stairs opening the
dayroom etc. she stays in the pod like she's supposed to.
Tried to go to Chapel for respite but Muslims were having a
Service. Wont go to barber shop due to no toilet no cold water
& medical sent me to barber shop last time. So I'll suffer
[1:28] Doors rolled for Ingress/Egress Irack up for Count?
[2:24] MS. "O" Counting 2 row ✱[2:54] 2nd Count
[3:07] Major HALL on 2 row checking Temps in 222
[4:03] Count Clear. [4:10] "Chow" Ingress/Egress
[4:38] Return from [5:09] Ms. "O" making Security check
[5:30] Dayroom Ingress/Egress
✱✱✱⇒ "Ms O" stayed on the wing most of the day and conducted more
In/outs/security checks than Any other guard yet! But I've
never seen any of them with a "Heat Restriction List"...
[7:00] "Cool Down Showers" ✱ [7:50] Prepare for Count
C.O. Locking doors ✱ [7:59] Count time.
✱[8:25] officer Counting [8:59] 3 bells Count clear? (fast?)
[9:25] Stinky Pot smoke All day every day here. right now too
No Security Rounds, No Ingress/Egress on 2nd shift.
[10:00] Egress from dayroom (2hrs) ✱ [10:09] 3 bells Count clear (2hrs)

T-Wing - 201 bottom        (Pg 16)   CSEf/10 Units

Fri
6/21/24   [10:14] "Late night rackup" is 1:30 Am"
          [10:32] C.O. Securing doors after Ingress/Egress
          I'm going to sleep...

SAT
6/22/24 - ✗ [3:48] -3 bells count clear - Showers/chow
          [4:35] Back from showers/cooler Low on Ice !!!
[5:47] Security check closing doors from Breakfast time
[8:00] Cell search/ NO Dayroom/ No Ingress/Egress/ No ICE Water
     Temps supposed to have heat index of 100-104 tomorrow
     NO ICE WATER @ 8:00 AM!
[8:40] C.O. Securing doors / Still NO ICE WATER !!!
[8:45] 1-Bell - Prepare to count. [8:48] Count time
[9:04] C.O. Counting ✗ [10:34] Count Clear
[10:37] Still No ICE Water supposed to be high 90°'s
      ↳ Dayroom open [12:45] chow [1:29] Back from chow
its getting steamy.
[2:12] 1 Bell prepare for count. [4:53] I fell asleep but from
2:12 till Now (4:53) but everyone is still locked in their cages
and we have not had an Ingress/Egress for basically 3 hours
I along with others, broke out to access Ice water !!
✗ [5:06] 3 bells = Count clear [5:10]  NO ICE WATER!!!
[5:17] ICE Just showed up next door [6:06] Back from chow
[7:00] Cool off Showers
✗ [8:01] C.O. Counting and Securing doors.

(Pg 17)

6/23/24   [4:00] - Chow   NO ICE WATER
          [8:15] Count   NO ICE WATER
   [9:35] NO ICE WATER → The Heat index today is supposed
          to get to 100-105° And we have NO ICE WATER
   [10:00] - ICE WATER [11:35] NO More ICE WATER !!!

6/24/24 [12:20pm] NO ICE WATER Since 10:00 Still none
        [4:39pm] - been locked in our Cells Since 2:00 and there
        is still NO ICE WATER!
✗✗✗ → Filed Grievance About "Cool Bed Housing"
[7:00pm] Back from Chapel Respite after chow Zero
         ICE WATER!

6/25/24 - [5:34 AM] NPR reports Next few days high 90's
          but with a "feels like" Temp of 110°.
[7:43] NO ICE WATER ALL Morning Long.
[10:58] Count clear, had to break out to finally get some ICE
        WATER for the first time today
[2:00] Rack up for count #[2:30] count time bell
[3:08] Sgt Danso walked 2 row with C.O. counting.
[3:09] Warden Hinge walking 2 row with C.O. checking
       doors are secure & checking temperature in
       cell 22?
[6:20] - Its Hot, respite was locked (chapel/Barber shop)
         and we are Out of ICE Water again. I am
         feeling a little pukey/nauseated ...from heat.
[10:00]pm - Just now beginning to cool down - slowly...
         Out of ICE Again !!!

__4:30 am__                                    Coffield Unit

6/26/24 - Count has not cleared. I only slept from about 3:00 am
till 4:00 am because it was too hot and I was
nauseated and restless all night long. The fans only blow
hot air! ✗ ✗ Breaking out to check for cold water.

__HEAT = KERA__ "Sunny & Hot" __100° heat index today & tomorrow__
of 109° @ 5:34 am.

__6:45__ - Special Count. __7:36__/C.O. doing Roster Count
__8:06__ - 3rd officer Counting. __8:57__ Lay ins / No dayroom
→ Also outside rec. __10:33__ security check NO
Ingress/Egress for WATER etc 4 hrs (6:45-10:33)
__12:35__ - No Chow hall "Johnnies for 2 or 3 days"
__1:05__ - Security check - Locking doors (No Lunch Yet)
__2:03__ Count time C.O. said "Johnnies After Count" I'm
hungry.
✗ __2:52__ Warden Ragland Coming to check cell 22 ‡ Temp.
stopped C.O. In front of my cell 209. C.O. Said "I
think I'm going to go sit in the office" Warden R. Said "Too
HoT? C.O. Said "Yeah" Warden Said "Go GO!"
We have been locked in cells away from Ice Water & respite
for 2 hrs now.
__3:22__ 2½ hrs! NO ICE WATER! I broke out to get cold Water
and noticed dayroom empty! All prisoners locked in cells since
No Lunch Yet, still Count time. __Lunch__ @ 4:00      →1:05
▼__6:45__ Racking us up??? My neighbor is pissed about it!
__7:47__ Cells open, they never racked us up.
__27/24__ - DFW 98° Heat index 105-110° (Johnnies Lunch/dinner)
✗__10:40__ NPR - The TX standard Prison Sexual Assaults TDCJ.
▷ Texas Public Radio /✗✗✗ Excessive Heat Warning Today
- __5:23__ - Count Clear. Inmates broke out of their cells to access
cold Water but Jugs are empty "No Ice since 11:30 am"
~~●●●●●●●~~ __6:45__ Cool Showers
β__7:54__ - ~~●●●~~ They Locked/Closed dayroom/Passing out dinner/
filled Cooler w/Ice but it won't last long! There is a long
⇒ line ... they are locking doors for Count denying Access
to cold Water. Respite is a Cruel Joke here.
β Towels are loose All day ... Heat? Water? Sack lunches with
Warm PBJ and cold/warm Hamburgers?
, __8:17__ - Inmate passing out cold Water from Iglw on one row. Lets
See how often this happens? Need to do it All night Long
if we are in our cell "Continuous" is what is required.

**Subject:** TDCJ, Coffield Unit, refusal to provide ice water, respite access, in violation of AD-10.64
**From:** Nell Gaither <nell@tpride.org>
**Date:** 7/3/2024, 5:48 PM
**To:** Ombudsman <io@tdcj.texas.gov>, juan.garcia@tdcj.texas.gov, carol.monroe@tdcj.texas.gov, bryan.collier@tdcj.texas.gov, peter.flores@senate.texas.gov, phil.king@senate.texas.gov, juan.hinojosa@senate.texas.gov, Joe.Moody@house.texas.gov, david.cook@house.texas.gov, salman.bhojani@house.texas.gov, carl.sherman@house.texas.gov

We are receiving complaints from Coffield Unit that persons housed there are being denied ice water and access to respite. On July 1, in T Wing, they ran our of ice water at 8:45am, and by 2:45pm still did not have additional ice water. The pill window, chow hall, and respite area in the barber shop also were out of ice water. If the barber shop is even open, which it often isn't even though medical and chapel refuse respite and redirect to the barber shop.

Multiple persons are filing grievances, so if the unit is reporting that no one has grieved the issue, then staff and administration are destroying grievances to cover up abuses.

Apparently in prior years, empty peanut butter containers were used to freeze water and provide ice that last longer, but this year staff are refusing to provide that.

Complaints just since June 4 include the following:

- June 4, locked in cells all morning without access to cool water or respite areas, for several days they have not allowed anyone in the wing access to respite showers
- June 10, notes locked in cells most of the time, no access to cool water or respite areas / respite showers
- June 13, noted that no one has access to cool down respite showers till after 7pm per admin policy
- June 14, noted that regularly, no wellness checks done, locked in cells without access to cool water, and they often only see staff at 8:30am, 2:30pm, and 8:30pm
- June 14, chapel refused respite, redirected to barber shop, which was locked
- June 16, no cool water access for at least three hours
- June 17, no cool water access for at least four hours
- June 27, no cool for water since at least 11:30am, locked in cells without water/respite access from 2:30pm to at least 5:30pm
- June 27, noted guards refuse to acknowledge requests to be let out for respite area access
- June 27, there are no postings about access to cool water and respite in T Wing, in violation of policy
- June 27, guards are refusing to let people out of their housing area so they can go to respite or other lay-ins
- June 28, in evenings and overnight, no access to cool water or respite areas
- July 1, guards refusing to conduct wellness checks during the heat
- July 1, after 11am, they have been at least three hours without access to cool water
- July 1, notes that they are generally going at least 2 to 3 hours at a time without access to cool water
- July 1, no access to cool water from 8:45am to at least 3:15pm
- July 1, no cool water at chow hall, pill window, or barber shop, chapel refused to let people in

(Pg 1)

for respite

We are collecting additional data and will be taking appropriate actions based on the additional information received.

Sincerely,

--

Nell Gaither, President, Trans Pride Initiative
Pronouns: she/her/hers
Community space: 907 Morrell Avenue, Suite 101, Dallas, Texas 75203 (map)
Mailing address: P.O. Box 3982, Dallas, Texas 75208
214.449.1439 | nell@tpride.org
— — — — —
• View data about violence against trans persons in prison.

• Read and comment on the TPI Blog

• Sign up for TPI's occasional email notices.

The Coffield Unit does not destroy inmates grievances. All grievances are investigated, answered, and heat mitigation issues are addressed by staff and unit administration.

We will continue to exhaust all remedies and remain compliant with heat mitigations efforts set forth by the agency at the Coffield Unit.

Thank you,

Rich Babcock

---

**From:** Nell Gaither <nell@tpride.org>
**Sent:** Wednesday, July 3, 2024 5:48:34 PM
**To:** Independent Ombudsman <IO@tdcj.texas.gov>; Juan Garcia <Juan.Garcia@tdcj.texas.gov>; Carol Monroe <Carol.Monroe@tdcj.texas.gov>; Bryan Collier <bryan.collier@tdcj.texas.gov>;
peter.flores@senate.texas.gov <peter.flores@senate.texas.gov>;
phil.king@senate.texas.gov <phil.king@senate.texas.gov>;
juan.hinojosa@senate.texas.gov <juan.hinojosa@senate.texas.gov>;
Joe.Moody@house.texas.gov <Joe.Moody@house.texas.gov>;
david.cook@house.texas.gov <david.cook@house.texas.gov>;
salman.bhojani@house.texas.gov <salman.bhojani@house.texas.gov>;
carl.sherman@house.texas.gov <carl.sherman@house.texas.gov>
**Subject:** TDCJ, Coffield Unit, refusal to provide ice water, respite access, in violation of AD-10.64

---

**CAUTION:** This email was received from an EXTERNAL source, use caution when clicking links or opening attachments.
If you believe this to be a malicious and/or phishing email, please contact the Information Security Office (ISO).

---

We are receiving complaints from Coffield Unit that persons housed there are being denied ice water and access to respite. On July 1, in T Wing, they ran our of ice water at 8:45am, and by 2:45pm still did not have additional ice water. The pill window, chow hall, and respite area in the barber shop also were out of ice water. If the barber shop is even open, which it often isn't even though medical and chapel refuse respite and redirect to the barber shop.

Multiple persons are filing grievances, so if the unit is reporting that no one has grieved the issue, then staff and administration are destroying grievances to cover up abuses.

Apparently in prior years, empty peanut butter containers were used to freeze water and provide ice that last longer, but this year staff are refusing to provide that.

Complaints just since June 4 include the following:

- June 4, locked in cells all morning without access to cool water or respite areas, for several days they


(Pg 3)

**Subject:** RE: TDCJ, Coffield Unit, refusal to provide ice water, respite access, in violation of AD-10.64
**From:** Richard Babcock <Richard.Babcock@tdcj.texas.gov>
**Date:** 7/15/2024, 8:56 AM
**To:** 'Nell Gaither' <nell@tpride.org>
**CC:** Gabriela Hodges <Gabriela.Hodges@tdcj.texas.gov>

Good morning,

This email is in response to the allegations made regarding the Coffield Unit heat mitigation processes and efforts. To assist the investigation
video surveillance was reviewed of the housing areas and respite areas on the facility.

Upon review officers were seen conducting ingresses and egresses before and after lunch and dinner meals. These processes are at times delayed due to staffing shortages. Generally, during count inmates are counted in the cells and in the day-rooms. However, staff members have been instructed to count inmates in their cells and close the dayrooms during the 8am and 1pm counts. This aides in counting inmates, reviewing cleanliness, and allows staff to regroup as often the housing areas are short staffed and officers are covering two to three housing areas. When the count is clear, inmates are allowed access to the dayroom and normal activities in the housing area. Unit counts last approximately 1-1.5 hours. Inmates generally fill their cups as they walk past the coolers to and from their assigned cells.

Cool down showers are conducted as requested in the main hallway group showers. We do not have showers on the cellblock runs for general population inmates to take cool down showers. The water temperature was lowered in the shower to allow inmates to cool off during the months of warmer weather when heat mitigation efforts began.

In regard to ice/chilled water distribution, it is in fact arriving to the wings and distributed as evenly as possible. However, multiple inmates are seen removing ice from the coolers and we are now working to secure the lids to prevent this. We use a combination of the block and small ice to chill water coolers. Those inmates identified will be addressed.

Inmates are allowed access to respite areas, such as the Inmate Barbershop, the chapel, and the Unit Infirmary. In efforts to prevent overcrowding, A side inmates are allowed to go to the infirmary and chapel for respite. B side inmates are allowed to go to the inmate barbershop, the chapel, and education. There is no audio on the video surveillance to confirm or deny that any inmates are requesting to leave respite areas and being ignored. Although inmate barbershops, the chapel, and infirmary are locked at all times there is a correctional officer assigned to these areas to allow inmates in and out of that respite area.

There have been instances where the coolers have run out of chilled water, but those issues are alleviated as soon as possible. Cool chilled water is delivered to the wings continuously and supplied for inmates consumption.

There are postings of the mitigation efforts on every wing. Postings are also painted on the walls. Respite areas are identified for staff and inmates.

The dining hall does offer access to cool liquid during meals. Water, tea, or cool aid is available. The pill window has a cooler outside of the window for cool water which is filled regularly. There is a cooler with water available inside the chapel and the infirmary for inmate consumption. There was a cooler missing from the barbershop, but has since been replaced.

(pg 4)



Brian G. Oatman #2097131
Beto Unit
1391 FM 3328
Tennessee Colony, TX
75880

S Legal Correspondence

(Exhibit #1)

SCREENED BY GSD

AUG 05 2024

b/c

Clerk, U.S. District Court
Western District of Texas
501 W. 5th Street, Suite 1100
Austin, Texas 78701

(Tiede V. Collier 1:23-cv-1004-RP)