RECEIVED

AUG 2 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

United States District Court
Western District of Texas
Austin, Texas

Exhibit # 2

Brian G. Oatman #2097131
Beto Unit
1391 FM 3328
Tennesee Colony, TX
75880

V.

Bryan Collier;
TDCJ

18 pgs. of Notes
from Coffield Unit
related to:
Tiede V. Collier
1:23-CV-1004-RP
Request for video
preservation for Coffield
Unit (TDCJ) for May, June
and July.

## Declaration of Brian G. Oatman
### A/K/A "FIREWATER"

I am Sending these notes to the Clerk as an exhibit in Tiede V. Collier 1:23-CV-1004-RP and also in preparation for Oatman V. Collier, TDCJ for Living Conditions Which violate the ADA in both Air Conditioned housing Assignments an Non-Air Conditioned housing Assignments. Governor Abbott had 33 billion dollars Tax Surplus last Year but instead of Complying with Our Constitution He chose to steal millions of dollars from TDCJ's budgets to by razor wire, shipping Containers and other election Year props like bus tickets for his Re-election media show. While TDCJ's employees Like Richard Babcock tell our friends, family and Advocates Like Nell Gaither @ TFI in Dallas a bunch of Lies the Same as they tell Judge Pittman. I'm requesting to Conpare my Time and dated notes to TDCJ video's with Mr. Babcock. Then take a closer look at the deaths during those times. Nell And J are missing a body Somewhere, Maybe more. This is Criminal.

(Pg 1)

I do not understand how the Department of Justice Can Just stand by while Collier and Abbott Continue to understaff their Units and lie to the Courts about harms being done to our people by sheer neglect. Would Gregg Abbott and Bryan Collier like to Come sleep on a Matt beside me in the A/C and wait in line behind 200 people for the 2 toilets & 2 sinks? Or would they like to be locked away from Respite and ICE COLD WATER at any One of their other Units? They always have the option to Parole those people but they choose not to. I Suppose they are not worried about spending Millions or billions to Litigate since this is their chosen profession Its like taking candy from baby's to rob texans of their hard earned wages while thumbing your nose At Our Constitution.

Brian G. Oatman
Brian G. Oatman
# 2097131

I'm requesting that this Court order Bryan Collier & TDCJ to preserve video from the coffield Unit for the months of May, June & July

Respectfully Submitted
Brian G. Oatman
#2097131
7/27/2024

(Pg2)

T-wing-209 bottom — (pg14) Coffield Unit.

6/27/24 - 8:25 Cold Water! The inmate passing it out is (2row) not even a pod worker! He's doing it of his own volition & risking a disciplinary case...

19:30 - Johnnies passed out (dinner); Inmates unlocking doors to Access water. No Security Rounds, No welness checks, No problems, if you allow us to access water, But No dayroom either? wh? Understaffed? Lazy?

9:41 3 bells followed by 2 bells but The guards never counted! They usually begin count @ 8:30?? Nobody counted us I think night shift has been forgeing their count sheets.

10:20 - C.O. checking doors are locked for the night. First check since ~~7:54~~ 7:54 (1hr 20mn)...

6/28/24 12:00 am - 2 Bells = Count time 12:38 - No guards have been by since 10:20... Not even to count...

12:50 3 bells rang = Count Clear... Nobody ever physically counted us! 2nd shift has not come by with count sheets All night! — Forgeing documents?

3:55 Am - Popped door for showers/breakfast. WATER KEG is Gone! NO ICE WATER!!! Finally fell asleep @ 2:20 Am... Woke @ 3:45

5:27 - Back from chow - NO ICE WATER anywhere! None in respite in barber shop. Maybe in Medical? but good luck getting in without lay-in. They have "ICE" (methamphetamine) but no "ice-water" I was told by inmates in barber shop.

6:34 am - "Security Check"~ C.O. Locking doors on 2 row. NO ICE WATER!!!

6:57 Am - Have a medical lay-in @ 7:30. have to let myself out of my cell to get to crash gate @ Rotunda to get to my lay-in. Still NO ICE WATER! Have to take my water bottle to medical for Ice water & respite.

11:05 Am - Back from medical & chow... Its Hot! (we have Ice water Now)

1:21 pm - Ingress/Egress After chow / Its hot. fans are blowing Hot a/c

1:50 pm C.O. "Count time" WATER Jugs Are Empty! NO ICE WATER!

Ame JAG → (ALABI)

2:24 2 Bells = Count time 2:36 2nd C.O. Counting.

Over →

T-Wing 2nd floor (R # 20)                    Cowford Unit

6/28/24 · 2:44  Sgt. Dans o. checking doors are secure
ahead of Warden Ragland who @ 2:47 is
coming to check doors and Temp in Cell 221 with
a C.O. following him with a clip board... We've been
locked in our cells away from cold water for 1hr now.

> 4:28 pm · Count still has not cleared / Locked in cells for 2½ hours.
Inmates have let themselves out of cells to Access
cold water, fans & windows. Guards are saying
nothing about it since last security round was @
2:44

4:31 pm Count Clear 3 bells rang!  4:37  Ingress/Egress
only conducted in/out on one row and left.
Water Jug is empty of water & Mop closet is locked
so we have Ice but NO WATER

!! 5:03  ICS 3 Row R-section - Arrested one inmates. Inmate
is saying Guards are accusing him of having a knife...
Still NO ICE WATER. Dayrooms & cells on 2,3,4
rows remain locked since count time @ 2:24 (2½ hrs)

7:22  Back from Chow/Spanish Church AKA respite. Missed
cool down showers. NO ICE WATER...

8:00  C.O. Racking up for count.

(P. 21)

6/29/24 - [7:30] Am - Ingress/Egress ⊘ [8:14] Officer
[Count Vary⊘]

[9:18] - Security check [9:30] - Partial security check. Officer
Am      had his door tool on him and was threatening Cases to anybody
who opened their own doors to access cold water & big fans.
We have been locked in our cells without hourly Ingress /
Egress for 2½ hours Now & NO "Wellness checks".

[10:16] - Outside Rec Coming back in. [10:30] Ingress/Egress ———▷
Am      Water keg is Empty. NO Ice, No more cold WATER!

[10:33] - Told C.O. working about No Ice, He said "I'll get you some, give me
Am      a minute. But people who have been locked away from Ice water
since 7:30 will have to wait longer. I was able to get one
20 oz bottle ~ So 20 oz in 3 hrs? And I'm Heat "Restricted".
And "Heat Sensitive".

[11:17] - This kind of, doing his job in the fact that he is
Am      staying on T-wing and preventing people from exiting
their cells on their own. Inmates are upset about this
and NOW are complaining about NO ICE in our coolers.
Lets see if he does an Ingress/Egress in 15 minutes?

[11:38] - Security check on 2 row but no In/outs. He is letting folks
Am      with lay-ins out. There is NO ICE WATER

[12:42 pm] Back from chow, had to open my own door to go to chow &
when I got back. NO ICE WATER in T-wing, chow hall, pill
window, nor barber shop Respite!!!

⇒ Asked "Ms O." working our Rotunda if we were going to
get any more ice? she said "yeah— maybe" and handed
me a stack of step 1 grievances I had asked for. A Warden or
Major should come by @ 3:00 to check Temps I will try to Ask
them about Ice Water. (didn't get chance to ask)

[1:45] ICE WATER! (3 hrs without!) C.O. Locking us up
PM      for Count @ 2 or 2:30? Only time to fill one 20 oz bottle.

✗ [2:14] officer counting on 2 row.
[3:00] Sgt Coming to check Temps in Cell 22? (221)
O [3:02] - Had SSI (inmate worker) get me Some Ice Water ✗
✗ [3:28] 3 bells = Count clear [2:30] Inmates opened their own
PM      doors to Access cold water but Jug is Empty.
        NO ICE WATER

NoTE: (C.O. Quit his security checks/Ingress/egress @ lunchtime.)

(Pg 22)

**6/29/24**

**4:30** - "Chow time" called but they did not open our doors. I opened my door to go to 1 row/wait for them to let us out. NO ICE WATER only cool water about the same (1hr) temp as our shower water is. NO Ice since 3:30

**5:40** - Back from chow and respite. No ice water @ respite in barber shop and no ice water in T wing (2 hrs)

**6:40** (3 hrs) NO ICE WATER !!! / going down to wait for cool off showers to be called.

**7:01** - Back from cool off showers. 12 water cans out in the hall waiting for ICE. ✗ The smell of marijuana fills the air...

**100°!!!** → 6:00 News shows 100° for next 5 days then it will drop to the high 90's (95, 97, 98, 99 etc)

**7:30** Prepare for Count. C.O. Ojong conducting In/out dayroom
100° They filled the water cooler but must have not put enough ICE because it is empty again. I got 20 oz and told C.O. Ojong we need more ICE. He said "there is no more Ice". ? x#@#?? (4 hrs 20 oz cold water)

✗ **7:37 pm** - 2 bells = Count time!  ✗ **8:12** 2nd officer counting 2 row

**8:33** - Security check on 2 row. Co. Ojong (NO ICE WATER !!!

✗ **9:27** 3 bells followed by 2 bells? Count clear? Count? No Security Check; No Wellness checks; No ICE WATER 2 hrs ago D had 20 oz of cold/cool water .... So much for AD-10.64 ...

**9:40 pm** - Ingress from dayroom - Doors remained unlocked till (10:50)

**9:50** - Took water keg from 3rd floor down to 1 row, the officers hanging out @ the Rotunda filled my 20 oz bottle with cool-water from the fountain in the Rotunda but there is NO ICE WATER on T wing nor M-wing as empty water kegs are on one row waiting for Ice that does not exist.

**10:00 pm** - 3 bells rang? Count clear? (9:27-10:00)?

**10:47** - "In & out", got 1-20 oz bottle of ICE water YAY!

**11:16** - Security check 2 row.

✗ **11:23** - C.O. is counting

(pg 23) T-Wing - Coffield Unit

6/30/24

H
E   O  !!!! NO ICE WATER !!!! (4:22 Am) till (7:22 Am) #3 hrs)
A
T   4:00 AM - Chow  4:21 - I got the last 20 oz of ice water
W        out of our cooler. We are in a "Heat WAVE!
A
V   O   5:27 AM - Security check, C.O. locking doors on 2 row
E       7:22 - Ice Cold Water/Dayroom/"In & Out"
        officer Conducting 1st round this shift.
        I got 40 oz of Ice Water before he locked my
        Cell door @ 7:23...

8:25 - 1 bell = prepare for count   8:32 - Security Check
☆ 8:49 - C.O. - "Count time". Counting... ☆ 10:17  3 bells = Count clear!
10:26 - Inmates are opening doors to Access Cold Water. I opened
    mine to do the same before its all gone I haven't had
    Cold Water since 7:23 - (3 hrs) NO Wellness Checks
    NO Security Checks (3 hrs)

▽
  10:54 - Security check, "Lay-ins", "Work", "Dayroom". Note:
△      The officer did not secure doors, which is good! We still
       have access to Cold water.

11:30 AM - Chow / Pill window   11:52   ← 12:45  Respite in Chapel
→ Grievance (Emergency) AD 10.64  Filed on way to chow
      So far today (1:00 pm) we have not run out of ice water.
→ 1:00 pm - Out of ICE and Cold Water !!!
☆ 1:35   3 bells = Count time...
☆ 1:54   C.O. Counting on 2 row & securing doors (3 hrs between rounds)
☆ 2:07   2nd Count on 2 row.  2:58 - Temp check cell 222 ( ? )
→ !!!!! HEAT  WAVE 3:10 pm NO ICE WATER (2hrs)(1:00)

O 3:27 - The Water Can is back in place on it's Stand so it
        appears that we may have cold water & Ice again?
        But it is unavailable unless I open my own door
        during Count time which violates the rules...
☆ 3:35  3 Bells = Count clear!  3:37   ⇒ Inmates Unlocking
        Our doors to access Cold Water...
  4:50  Chow  5:22   Respite to 6:45 → Shift Change 2nd
  7:10 - Cool off Showers  7:27  Back in Cell.


OVer →

6/30/2024                    (Pg 24)  T-Wing, Coffield Unit

⊠  7:45 Pm  -2 bells = Count time.  7:49  "Rack up"   !!!
!!!  7:50  NO ICE WATER - Cooler is empty !!! Heat WAVE !!!
⊠  7:56  -C.O. counting on 2 row, & locking doors    100° F
⊠  8:51  -2nd C.O. counting...
⊠  9:05 Pm  3 bells = Count clear / NO Ice Water !!!
   10:28  -We rolled our own doors to access water,

7/1/2024

12:45  -We left our cell door wide open from
        10:28 to 12:45. I shut it. No Security
        Checks...
⊠  2:59 Am  -2 bells = Count time
4:44  - NO Showers, NO Breakfast ???
5:06 Am  -NPR "Heat WAVE from Nebraska to FL. 100°"
?????  -They rolled our doors @ 4:45 but I have not seen an officer
        make a round all night since count time @ 8:51 Yesterday.
!HEAT WAVE - Local T.V. Station " 100° in Palestine, TX today"
!HEAT ADVISORY- Heat index 105°-110° ALL WEEK !!!
5:26  -Breakfast "Johnnies" arrived on the block...
7:30  "Work, Layins & Showers", "Dayroom" - Security check
      Locking doors. Doors have been open for 3 hrs since 4:45
8:45  Ingress / Egress
10:47  Count clear  C.O. Alabi Securing doors for layins will check
       about in/out/dayroom
!!! NO ICE WATER !!! I last had cold water @ Breakfast
   (3hrs)          Last had a chance to access water 3 hrs
ago @ 7:30. The Water Keg is not present? so its empty.
11:34  C.O. Alabi - Conducting ingress/egress ● He does his
       Job better than most unfortunately he is the exception
11:45Am  - Caveman & I asked C.O. Alabi about NO ICE WATER
          and his Superiors tell him "We're working on it"
          he gets iced/bottled water to drink,
12:25  - Partially filled Water Can put on the stand is
  Pm     Bone dry by 12:30, I personally got 16oz

                    (Cont on Pg 25)

7/1/2024                    (pg 25)  T-wing Coffield Unit

Temp. 100° 107° Heat Index/ NO ICE WATER !!!

1:20 pm - Back from chow hall. NO ICE WATER in Chow
Hall, Respite @ barber shop, pill window nor
housing Areas. I have a headache and my bowels
are unpredictable. Heat and this water disturbes my
stomach & bowels.

H E A T

C.O. Alabi was working T-wing, his superior is the
"Turn Key" C.O. Almazon. They claim that the
kitchen is "Working on it" but we have not had
Ice water since 8:45 save for 16oz @ 12:30
Medical dept has instructed inmates to drink 15,-16oz
cups of Ice water a day.... in hot weather.

W A V E

Respite: Chapel was having classes and barber shop was
locked. I did not try medical.

2:00  Rack up for Count, C.O. Alabi locking doors
2:30  - C.O. Counting  2:34  2 bells = Count time.
W 3:02 - Warden Alsobrook walking by my cell I ask if he
pm    was the Warden and a he said "Yeah" and kept
on walking. I told him we haven't had ice water
since 8:45 am, he kept walking and didn't respond.
N 3:05 - Warden Alsobrook checking Temp/Heat index @ 227
C.O. Alabi says "I cannot talk to Warden about the ice water
I have to follow the chain of command and talk to the
wing bosses". ⬤ W: I told Alsobrook again about
the ice water and he said "I heard you" and walked
off playing with his cell phone.

W A R D E N

4:14 pm - Water cooler put back in Pod with cool water and
no ice. Its not cold water. A.D. 10.64 says Cold
water and ice. They are not putting enough ice in the
coolers and it is melting when they fill it up. Our sink
water is almost as cool as this. And, we had to
break out of our cells to access it

4:27  3 bells = Count clear  4:29 - Dayroom, Ingress/Egress

4:34 pm  Water Cooler is Empty in 20 minutes !!!
         NO ICE WATER I got 8oz and it was
                                    empty!

7/1/24                    (pg 26) T-wing ; Coffield Unit

6:43pm - 2nd shift is here, still NO ICE WATER !
✗ 7:42  - C.O. Conducting Count on 2 row.
✗ 8:46  - C.O. Counting and Securing doors. Cooler was
OUT        delivered to T-wing 1 row again, I was able
of         to get just 20 oz for me & 16 oz of cold, ICE
           Water for my celly before being locked in
ICE        our cell for count (2-3 hrs). The jug was
           just refilled but had only a little bit of
Again.     ice. It will not be there for a refill. There
 ——        was only enough Ice water to last about
  —        5 more minutes. Inmates in the dayroom
           will drink it up before Count clears.
10:36  - C.O. Racking up T-wing for the night. NO WATER
NO         Cooler on stand means NO ICE WATER
ICE        I had 20 oz @ 8:46 2hrs ago. Now we will
WATER      go all night (About 6 hours) without and
           maybe we will have Some @ breakfast?
 ——        Sam V. Collier, 2019 U.S. Dist LEXIS 149017 @ 114
10:45  C.O. Checking that doors are secure. First Round
           or "Security check" since 8:46 pm (2hrs)
10:56  C.O. making Security round with flash light
Pm  →      allowed me to go get 20 oz of iced water for me
           and 16 oz for my celly. They seem to be taking
           the igloos @ count times and bringing them back
           once count clears... This officer was really nice
7/2/24     to open my cell and wait for me to run down to
           t row, fill our containers and return.
12:04  - C.O. conducting Security check by flash —
Am         light as Lights outside our cells have been
           turned off since about 8:00 pm er.
P 1:17 Am  3 bells = Count clear
  Sleep
4:30   Showers & Chow  5:00  P-3 hallway is filled
Am         with 12 water kegs from all 6 wings (M,N,O, & R,S,T,
           empty and waiting for ICE from Kitchen.
           So no Ice water in housing areas nor Kitchen.

Tuesday
7/2/24          (Pg. 27)  T-Wing  Coffield Unit

[6:17AM] - I'm Listening to KERA 90.1 / NPR news and waiting
for Water Coolers to be filled. We are supposed to
go to commissary today. I'm going to buy another
Gatorade, to use as a Water bottle and more electrolytes.

[7:00] to [10:30] I was in commissary line in hot hallway
sweating like Crazy!

0 [11:30] Chow time but I'm too hot to eat. The Water
AM    Cooler Seems to be staying full of Cold ICE
Water so far this morning! That's Good!

8 [1:12] pm - Have not seen a C.O. make a round since they
PM   let out for chow @ 11:30AM. They are doing a lot
better job of Keeping Ice & cold water in Our Cooler
today! I'm not aware of it being empty at all
so far today! This is all we ask for.. Just ICE ✓

[1:19] - C.O. Conducting Security round on 2 row

✗ [2:28] 2 bells = "Count time"

W [2:54] - Warden Alsobrook securing doors on 2 row on his
way to check Temps in cell 227. I don't know
if he heard me or not but I told him the ice
water coolers are being regularly filled today,
and "Thank You". he just kept walking ↗

[2:56] 2 nervous looking C.O.'s on two row to Kiss
Alsobrooks Grumpy-Looking fat butt!,

[3:00] Sgt Layton & sgt ____? all following
Warden's path... 2 or 3 inmates were caught
smoking a few cells down I think, by the Warden!
Guards are tearing their cell apart for making
them look really bad!! (Yikes)
I was able to catch Warden Alsobrook's attention
to thank him for whatever he did or said to
~~correct~~ fix our ICE water problem and told
him it is Much better today! Thank You!
Now I gotta go wipe the Brown off my Nose! (LOL)

✗ [3:13] C.O. Counting on 2 Row (Late!)
[3:20] "Sunny & Hot, high near 102°" KERA 90.1
Low near 82° tonight
Tomorrow's high 101°
Heat Advisory still remains

7/2/24                    (pg 28) T-Wing   Coffield Unit

⊕> Filing step 1 on Chaplain today.

4:48   In/out 2 row/Dayroom/Coolers refilled with Ice
       and water! Good!

6:50   Out of ICE in Cooler  7:00  Chow

7:30   Mail Call/security check (Its HOT!)

7:45   Back from Cool showers/NO ICE WATER Yet
       I am exhausted and nauseous due to heat,
       Need cold WATER!!!

8:22   Officer conducting Count on 2 row while securing
       doors. I asked if they were working on getting us
       some more Ice water she shook her head yes and
       went on 1½ hrs w/o ICE water so far.
       I have a heat-headache

8:51   2nd Count ✗  9:50  Count clear/still no Ice
       WATER? 3 hrs.

10:50  They brought back our coolers from 6:50 which had
       not been refilled. They combined both coolers
       and I was able to get only 20oz. WATER lasted
       5 minutes Max/Out of Ice Water Again! (4 hrs now)

11:56  Finally we have Ice water! only (5 hrs)
       I am not sleeping too much lately
       due to the heat!


7/3/24  3:26  Count time, ✗  3:46  Count clear
       I have a terrible migraine headache and did not
       sleep due to heat, It is just now cooling off @ 4:11am

5:40   Back from shower & chow. headache went away
       when my body temp lowered in the cold shower.
       We still have Cooler full of Ice Water! YAY

6:20   C.O. securing doors I go to dentist @ 7:00 Am

1:28   Just got back from dental surgery. I'm not
       taking notes today. I'm in pain.

6:00   In/out already went to chow, just waiting
       on Cool off showers. They have only run out
       of Ice for short periods today which I
       am aware of.

7/3/2024                    (pg 29) T-wing Coffield Unit

[7:42] - Back from cool off showers, I'm moving slow.
Its Hot and I only ate 2oz of peaches since
breakfast. I'm weak and a little queezy.

[8:07] 3 bells = Count time.

7/4/2024  [4:02] awake and waiting to go trade clothes
in and try to eat.

[4:43] Am - Back from shower/chow/Water Keg is Empty!
... I fell asleep... [9:09] - security check 2 row
Looks like it is Count time.

[9:21] - Inmate Conducting a "Water Call" for us by
filling our bottles while we are locked in our
Cages as there is to be "No movement during Count".

Valentine v. Collier, 2020 U.S Dist Lexis 112807
U.S. D.C. S.D. TX Houston D.V
Civil Action No. 4:20-CV-1115

[10:15] - We opened our own doors to Access Cold
Water and prepair for Chow etc since guards
are not Conducting "Wellness Checks" per policy

[10:21 Am] - C.O. poked his head inside T-wing to
unlock 1 row day room but did not make any
Rounds As they are inclined to be Lazy.

Note: 6/24/24 filed GV# 2024119659
Emergency 6/29/24 filed GV# 2024122697 (Returned on 7/2/24
GV Improperly Screened Out as (899/598 #2) By:
GI A. Harris (Emailed TP 6/27/24 — 7/4/24 V

[11:28] - Back from Chow/Pill window only about 4 inches
of Ice left in our Igloo on 1 Row ... ☉

[11:55] NO ICE WATER Igloo is Empty !!!
[12:55] WE HAVE ICE WATER !!!

- NO Security Rounds witnessed yet today

[1:40 pm] - I went down to get Cold Water and C.O.
Almazan was locking the day room and telling
us to "Rack up for Count" I asked him "Why
do they lock us away from the cold water
for Count". He responded, "Thats TDCJ policy"
I asked him "What about AD. 10.64 he just
turned and walked away. Then Another officer →

(pg 30)

7/4/2024 cont - .. Showed up and ordered me to "Rack up for Count." So I took my Water bottle to my cell and "Racked up".

X 1:52 pm - C.O. Almazan conducting Count on 2 row.

θ 2:29 - NO Access to ICE WATER. Even though the cooler is not empty. My fan is begining to blow warm air and will continue to get only Hoter until the sun goes down. This does not comply with AD 10.64

√ 2:54 - Warden Alsobrook came by my cell on the way to 221 for 3:00 Temp. check and I asked him if there was a way we could get cold water while we were "Locked up for count?

→ He said "That SSI right there was getting Y'all water Yesterday." Note: The Warden did Remove the lid to our Igloo to inspect it upon entering our wing.

Note: Simply having an SSI working during Count time does not guarantee Access. What if he does not like you? Isn't this building tenders.

N 3:01 - W. Alsobrook stopped at cell 210 to speak with our neighbor about Copies being made in the Law Library.

3:33 pm - With the Warden and guards gone! inmates are Opening their own doors to Access water before its all gone.

X 3:34 3 bells = Count Clear

√ 3:35 C.O. Ford Rolls the doors & C.O. Almazan

2hrs to Count Conducts a very brief Ingress/Egress. I was already out and on my way to the Water Cooler but barely made it back before he shut my cell door. Supposedly, we are either supposed to get lock in our cell away from cold water or Locked in dayroom away from toilet. Until they decide to come back around which is sporadic @ best.

θ 4:01 - Tried to Access water but cooler is Gone. Had to let myself out to do this. I'm dizzy & weak

o o Going to drink out of sink.
A

7/4/24 Thurs.                    (Pg 31) T-wing Coffield Unit

☒ 4:50 pm - Guards Almazan, Ford and others are gathering
around their little desk @ the Rotunda window
and gossiping. WE HAVE NO ICE WATER and
they Locked our cells @ 3:35 and have not been
back as usual they are done for the day.

⊕ 5:42 I can see the Iglou is back now. I'm going for
a drink and wait for Chow (cool water, no ice)

6:45 - Chow 7:05 + Back from chow. NO ICE WATER
inmates are locked in Dayrooms on 1&3 row and not
being let out for chow. (3 hrs since 3:35 no rounds)

☒ 7:53 pm - Just back from cool down showers and 2
bells rang = Count time NO ICE WATER NOT
☒ Rounds) Even a Igloo present (before shower I felt
5 hrs y) like I was going to puke, I'm still weak).

☒ 8:14 pm - C.O. Counting/securing doors/still NO ICE WATER
I'm not feeling good. May go to sleep now.

☒ 10:38 - They rolled doors but refused to let people
get any cold water. My celly was only
allowed to get about 3 oz before he had
to rack up or get a coffee. NO ACCESS
to cold water all night as usual

☒ 10:59  2nd C.O. Counting
☒ 11:09  3 bells ☒ 11:10  2 bells? Count Again?

7/5/24 Friday  5:25 - Late breakfast NO ICE WATER
AM  Igloos are out in the hall waiting for ice!

6:00 NPR "Going to feel like 103°" today 😓!!!

6:15 - Security check, Locking doors still NO ICE WATER

☒ 7:16 Ingress/Egress  YAY! We have ICE WATER

☒ 8:44 "Prepare for Count" ☒ 10:30 Count clear

10:35 ——— 1:30 : Medical/chow (Pill window
= @ 12:32 - C.O.'s Radio said Heat Index 104°

☒ 1:53 C.O. Locking doors would not allow "Big AL"
in cell 218 to go get cold water. He told AL
"NO, Go back in your house"

☒ 2:15 - Co. "Racking up Dayroom

7/5/24 Friday     (pg 32) T-wing Coffield Unit

3:37 pm) We have been locked in our cells now since
A     1:53 pm. I have not seen any guards counting
D.   nor have I seen an "SSI" who could go
100 - fetch some cold ice water for me. I have
64    Zero Access to respite and Cold Water. I heard
?     over the TDCJ radios @ 12:32 the Heat Index is 104°

3:43  Big AL (cell 210T) said Warden came by @ 3:00
to check Temps in 22T. I was reading and did not
see him or I would have asked him to get me some
cold water.

3:50 pm  2 hrs. No Access to Ice Water nor Respite
it appears that the "SSI"s are watching T.V.
in the day room. I'm ~~forbidden~~ can't ask them
for water, nor should I have to. What TDCJ
policy allows for this?

4:15 pm - Inmates let themselves out to Access Cold Water
Guards are non-existant on T-wing. I got 2-20oz
bottles first thing! still have not heard the 3 bells
ring to signify "Count Clear"?

4:33  C.O. Securing doors on 1-row. I got 1 more 20oz bottle
of Cold water & checked the ice level and water in Igl00.
There is about 4" of ice/water left. The ice will
melt when they refill it.

4:37 Count clear bells rang/C.O. closing doors on 2 row
& has no I.D. plate.

6:30  Chow /7:00 pm - Back from chow
⊖ WATER Cooler Empty @ 6:30 - still empty @ 7:00 →
I'm feeling nauseous and exhausted too weak to shower
this morning & this evening. Heat + Meds?

8:12 pm - First Round made since 4:33 pm (4 hrs)
C.O.    C.O. Securing doors while counting. NO ICE
WATER - Igloo is not on Stand.
I'm going to sleep/no more notes tonight
I'm not feeling good.

7/6/24 SAT Friday (Pg 33) T-Wing Coffield Unit

| 4:35 am | Back from showers & chow / NO ICE WATER; Igloos are in the hallway waiting to be refilled. |

| 7:00 | outside Rec & Rec-dayroom |
| 7:10 | Security check |
| 8:33 | 2 Bells = Count time |
| 8:45 | C.O. Counting / Securing doors |
| 9:39 | C.O. Conducting In/out NO ICE WATER Some one took the bottle we use to refill the Water Keg with from the mop sink. It was not very sanitary anyway but it got us WATER! This is the 1st time they gave us an IN/out during Count. |
| 10:37 | -CO. Walking 2 row Conducting Security check but NO hourly Ingress/Egress. — Hit my head on the bunk again! too small of a cell! |
| 10:55 | -officer walking 2 row, I asked him, "Is there any water in that cooler?" He just ignored me. When he passed back by I asked him if I could get some Cold Water?, He patted my door and said "It's locked", and kept on walking. He has no I.D. Plate. |
| 11:10 | I'm going to break out to see if I can get some cold water... |
| 12:00 pm | Yes, was able to Access cold water then Lunch. Bowels are a mess today due to Consuming a lot of water yesterday |

NOTE: C.O. Garthu is the wing boss today, C.O. Working T-wing is John Doe. No Name plate...

| 1:17 | C.O. No Name plate, is walking on 2 Row... first time in 2 hours. |
| 1:40 | -ICE WATER!!! I6100 is Full! ⊕ YAY! |

| 1:56 | C.O. No Name, is Counting on 2 row |
| W 2:59 | Warden Alsobrook securing doors on 2 row to check Temps in cell 229. |
| 3:15 | -Doors rolled on 1 & 2 row & C.O. Conducting In/out for Day Room. 2 inmates were in dayroom so it doesn't appear that they are locking up for → |

⊕ 7/6/24          (pg 34) T-wing Coffield Unit
3:15 pm
→ Count and they are rolling doors before Count Clear
Bells have Sounded... Perhaps they are reading our
grievances and E-mails? Lets see if it lasts ??

⊕ 3:30 - C.O. is sitting on the stairs between 1 & 2 row studying his
Pm     little C.O. Book & Our doors on 1 & 2 Row remain unlocked.
G       Most inmates are seated in the Unlocked dayroom & are
O       inside their unlocked cells. But we have Access to cold
O       Water & toilets this way. If C.O. was making his
D       Rounds this arrangement would be ideal! I did not
        go to 3 & 4 rows but assume their doors rolled
Pm      the Same as 1 & 2.

✗ 3:56 - 3 bells = Count Clear / C.O. Walking on 2 row but Not
         Securing our open doors is he not trained or are
Pm       they changing their Unconstitutional Actions?

⚡ 6:37 - Back from chow. Cooler still has a little ice in it, Looks
?        Like they are making and using block ice again! YAY!
         No rounds have been made since 3:56 - C.O. Sat on stairs
         for a long time studying his little book. I wonder if it
o        tells them how to falsify wellness check records?

☠ 7:27 - 2nd shift Conducting In/out/ dayroom prior to
         Count @ 8:30 Igloo is not on stand SO : NO ICE WATER!

→ 7:33 - Sgt ? Walking 2 row with an inmate behind him
NO       Complaining about no ice (Sgt. Graham)
ICE      Stopped @ our door, I Asked "Are we getting ice?"
         He pointed to his radio & said "they're calling for it
Pm       right how"...

✗ 7:44 - C.O. Counting on 2 row NO ICE WATER & NO Access
         to it during Count. ✗ 8:07 - 2nd C.O. Counting...

✗ 9:18 - 3 bells = Count Clear! My celly broke out 4 water!
  10:00 - Racking up for the night.
  10:17 - C.O. Securing doors 2-row

7/7/24 Sunday     (pg 35)  T-wing, Coffield Unit

✱ [3:26 pm] 3 bells = Count Clear. [4:23] Return from Chow/showers
!!! NO ICE WATER!!! IGloos are empty!
[5:31] - C.O. Securing doors on 2 row
[7:39] C.O. Securing doors 2 row
[10:23] Count still has not cleared Lock in cells for
   3 hrs. NO Access to ICE WATER (3 hrs).
[10:44] In/out they only rolled doors No guards
[12:00 pm] Chow [12:34] back/ Igloo is full...
[1:31] Securing doors before count (6hrs since security check)
[1:49] C.O. Counting.
[2:20] C.O. Garcia Counting
[3:26] Doors rolled for In/out (2hrs locked up for count)
[3:38] IGloos full of ice & Water !! [3:44] C.O. closing doors.
[5:00] Chow [5:38] Returned, cooling off due to rain! YAY!
[6:50] Security check 2 row (3 hrs apart?)
[7:08] "Cool down Showers" ✱ [7:39] 2 bells = Count time.
[7:42] C.O. Counting & closing doors 2 row.

Monday
7/8/24 [5:00] Chow [5:25] pm - return
[6:10] C.O. Securing doors 2 Row
[7:20] - "Work/Lay ins" C.O. Securing doors "No Rec"
[10:07] Count clear [10:19] In/out 2 row
[12:40] Back from lunch, it's rainy & cooler today, No Security
   Rounds since 10:19 AM
[1:59] Prepare for Count, C.O. Securing doors on 2 row
[2:35] 2-C.O.'s Counting on 2 row
[5:31 pm] Back from chow? [7:10 pm] In/out, Day room, No Showers
[7:30] C.O. Closing doors & Counting. ✱ [8:58] Count clear
✱ [9:36] 3 bells = Count clear

7/9/24 Tuesday        ( Pg 36) T-Wing Coffield Unit

✱ 3:45 | Count clear    AM
7:30 | In/out | 9:30 | In/out | Fell Asleep during Count ✓
12:06 | - Back from Lay-ins / Lunch
Note: Stopped @ Chapel to talk to clerk about faith change
       and Lay-ins and he said "You just have to wait for
pm lay-ins". / Tablets are down All day long No wifi
1:57 | - They are not conducting Any Security Rounds today.
2:24 | Securing doors for Count.
4:33 | - C.O. is sitting in stairway / Everyone is opening their own cells
       because they are not Conducting In/outs all day and our
       Tablets have been out all day long. No Wifi service.
5:40 pm | - Back from Chow; the C.O. still sits on the stairs
       Not making any wellness checks or Rounds at all...
⟹ Re-submitted Emergency grievance about ICE WATER.
6:20 pm | - In/out 2 row / Securing doors for count.
7:48 | 1 bell: Prepare 4 count!
⟶ 8:00 | NO ICE WATER! Igloo is Completely Empty !!!
✱ 8:01 | -- C.O. Securing doors & Counting.
✱ 8:34 | ~ C.O. Counting on 2 row.
10:03 | Doors rolled, Dayroom unlocked for Rack up.
       Water Cooler is full.
10:09 | · C.O. Locking doors for the night.


7/10/24  3:45 AM - Tablets are still down No Wifi
         4:03 AM - Security check 2 row
6:42 AM - Late breakfast w/ no showers (Back)
KERA " 97° today ; 98° tomorrow
7:41 | "Showers"  8:32 Count
11:00 | Inmates are letting themselves out due to no
        In/outs No Security checks etc.
11:10 | · No guards in sight, dayrooms locked & empty
        maybe 2½ gallons left in Igloo
⟶ 12:18 | Back from Lunch / only 2" of Ice & cold water left
        in Igloo. No In/outs /no dayroom
⟶ 12:42 | NO ICE WATER 97° today !!!

       The guards appear to be Understaffed today?



Brian G. Oatman #2097131
Beto Unit
1391 FM 3328
Tennessee Colony, TX
75880

S Legal Correspondence

Exhibit - #2

Clerk, U.S. District Court
Western District of Texas
501 W. 5th Street, Suite 1100
Austin, Texas 78701
(Tiede V. Collier 1:23-cv-1004-RP)

SCREENED BY CGG
AUG 02 2024