FILED

AUG 2 2024

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

United States District Court
Western District of Texas
Austin, Texas

Exhibit #3

Brian G. Oatman #2097151
Beto Unit
1391 FM 3328
Tennessee Colony, TX
    75880

• 22 pgs of Notes
• from Coffield Unit
• Related to:
• Tiede V. Collier 1:23-CV-1004-RP
• Request for Video Preservation
• order.

Declaration of Brian G. Oatman

I'm submitting to the Court Exhibit #3, which are notes I took while housed at the Coffield Unit from May 6, 2024 through July 27, 2024. We suffered a Heat Wave during those times and TDCJ employees locked us in our cages for hours denying our Access to ICE, Cold Water, Respite and Cool off showers which are only ever offered at 7:00 pm. Several inmates passed away during this time and me and Nell Gaither at Trans Pride Initiative in Dalles believe there is reason to believe they could very easily have been due to heat and neglect of duties. Richard Babcock told Nell Gaither that Hunts- ville is instructing the Coffield Unit to lock inmates in their cells away from ICE Water and Respite and that its only for one to One and a half hours. But Grievance Answers say ~~every~~ hourly Ingress/Egresses are being Conducted. ~~To prove~~ These notes will hopefully help Judge Pittman find the truths in Tiede V. Collier 1:23-CV-1004-RP. I'm requesting this Court to order Bryan Collier to preserve video footage from the Coffield Unit for the Months of May, June & July. To be used as evidence in Oatman V. Collier, TDCJ and Tiede V. Collier

(Pg1)

Respectfully Submitted

Brian G. Oatman

#209713

7-27-2024

7/10/2024          (pg37) T-wing Coffold Unit

1:13 - C.O. Locking dayroom / Still NO ICE WATER!!!
@ 2:00 or sooner they are going to rack us up
for Count & we will have zero Access to cold ICE
water for hours during the heat of the day!!! 97°E
1:40 pm - ICE but No Water; The water in our 1 row mop
sink is off. Cell 210 is filling our Igloo with his
sink and a plastic pitcher from the Chow Hall.
2:20 - C.O. closing doors on 2 row before count. We will go
2 hrs without Access to Ice Water.
2:35   Counting on 2 row
2:51   Warden Ragland checking Temps. in cell 22%
4:26 pm - Inmates are letting themselves out of cells due to
no guards making Wellness checks & no Access to
Ice water... (2 hrs) 97° today
4:34   Igloos being filled with ice. 4:48   Count clear 3 bells
6:54 pm - Back from Chow   7:17   Back from Cool Showers...
7:50 pm - NO ICE WATER. Igloos are out to be refilled....
8:13 - C.O. Counting & Securing doors / NO ICE WATER!!!.
Igloo is missing from stand NO ICE WATER!!!
9:17   3 bells = Count Clear, still NO ICE WATER!!!
9:57   Rack up time/ ICE WATER! YAY!!! 20 oz
11:45 pm C.O. Counting on 2 row.


7/11/2024   12:04 Am - C.O. Counting on 2 row
12:39 Am 3 bells = Count Clear !!!
1:27 Am - Security check 2 row. 2:56   Counting 2 Row
3:36 Am   3 bells = Count clear !   4:45   Breakfast/showers
5:06   Back from Brkfst.   5:34   KERA; high 98° index 101°
6:00   C.O Securing doors  before shift change.
7:36   Rec, Dayroom, Lay ins, In/ outs
10:30   Count clear, In/outs   11:30   Waited in dayroom for an
hour!; went to layin @ 12:00-12:30; Lunch - House @ 1:00
O Igloos being refilled to top w/ Ice @ 1:00 pm!
1:55   1 Bell = Prepare for Count 96°-98° between 2 & 4
is what the Local News said for today with a
Heat Index of 101°

7/11/2024                    (pg. 38) T-wing Coffield Unit

✗ 2:05 pm - C.O. Closing doors on 2 row for Count NO ACCESS
                TO ICE WATER DURING Count !

✗ 2:22  - C.O. Counting on 2 Row   ✗ 2:31   2 bells = Count time!
M 2:38   Major Henslee, checking Temps in Cell 222
✗ 2:41   2nd C.O. Counting on 2 row.  3:26   Security ✗ 2 row
θ 4:05   2 hours with NO ICE WATER due to Count 98°
✗ 4:13   3 bells = Count clear !!
? LOCKED IN DAY ROOM from 4:30 - 6:30
    Back from Chow @ 7:15 pm
✗ 8:10 pm - C.O. Counting and locking cell doors
✗ 8:40   - 2nd C.O. Counting 2 row.


7/12/2024   4:30  Am - Chow      Extra Attention on T-wing
            8:00  outside rec    today? Still not right though.

✗ 8:30 AM  Count (They gave us 6oz cups of flavored ice.
⇒ NOTE : I did not go to breakfast (heat exhaustion) and woke
        up with (leg cramps) and (loose bowels) maybe from
        drinking so much of this water? (H. pylori?)...
10:30 AM - Outside rec returning. ✗ 10:40  Count clear/1 row
        "In/out / Day room" - C.O. Conducting first In/out
        in 2½ hours. I'm going for Ice water (98°F today)
10:50  In/out - 2 row; 2 officers down stairs neither only
        one has a name plate on (W. Bedinbom) male, the
        one with no nameplate is female... ( ▓ OJT?)
D 11:48  Security check 2 row; They refilled my water bottle
        C.O. Bedinbom filled it. They did not check every
        cell & did not conduct an In/out nor a "Wellness
        check" as they had no paperwork being filled
        out like a "Heat restricted List"...
        They are doing better than Most... Still have loose
        bowels and cramping legs.
S 12:13 pm  Sgt Layton entered wing on 1 row @ 12:16
        Sgt Layton came by rattling doors, "Security check?"
D 12:33  "Security check 2 row. C.O. W. Bedinbom went
        and filled my 20 oz Gatorade bottle for me again.
        3 officers on T-Wing! 2 male, one female!

7/12/2024          (pg 39) T-Wing Coffield Unit

12:56 - Doors Rolled (Lunch?) first time they rolled
Since 8:00? 7:00?

2:12 "Rack up for Count" No WATER Cooler & now no
Access to ICE WATER for probably 2 hours?

Note: Turnkey is officer "Janeway" & Sgt Layton has been
here supervising for 2 days now. Walker V. Collier
2019 U.S. Dist LEXIS 53431 "Supervisors may be
held liable if there exists... 96° - 98° today between 2-4 pm

2:35 pm 3 officers Counting on 2 row C.O. AWAH; C.O. Bedinbom
And the female officer who Appears to be in Charge, has no name plate

Note: The more water I drink, the more Nauseous I feel...

2:55 pm Warden Ragland checking Temps in Cell 222 yelled @
the SSI to "Hey! Get back in your Cell!"

4:31 pm "3 bells = Count clear! 4:38 - Let myself & neighbor
out to Access Cold Water Temp 98° today!

5:37 pm Back from chow (No cold drinks in chow hall @ Lunch
nor dinner; Coffee @ lunch; tap Water @ dinner.
Only officer No Name working T-wing now.
→ Still nauseated... All day long; Also questionable
bowels. Picked up stomach meds today!

5:54 pm C.O. NO NAME Closing doors & Writing up folks out
of their cells. But not conducting In/outs or well-
ness checks.

7:21 pm Back from cool down showers
8:11 pm NO ICE WATER & its almost Count time. They
took the Igloo out to be filled @ 7:30 and its
not back yet!

8:34 C.O. Counting on 2 row; Some inmates are refusing
to rack up And there is still NO ICE WATER.

10:15 Count clear; Supposed to be late night Rack up but
they are not conducting In/outs

7/13/2024                    (pg40) T-wing Coffield Unit

4:40 AM - Return from chow going back to sleep
7:30 - Work, Lay ins, outside Rec In/out
9:00 Count time 9:11 Counting 2 row
10:20 Rec coming back in 10:47AM 3 bells = Count clear
10:55 In/out 2 row first In/out since 7:30 - Over 3 hours!
not every hour like they tell the Courts.
1:17 to 1:32 Chow/Pill window No more in/outs, we
leave our cell doors open so we can get in upon return
2:10 Co. Securing doors on 2 row for Count (3 hrs)
between rounds
2:47 - C.O. Counting on 2 row.
3:00 - Major Henslee & one CO @ cell 221 checking Temps
with a Smartphone; Major is in street clothes.
3:37 pm - Guards are standing around Rotunda window
Gossiping as some inmates are letting themselves out
of their Locked cells...
3:38 3 bells = Count clear! 3:56 Pm "Dayroom, insulin" (1 row)
he did not say In/out? And they did not roll
any doors. I rolled my own door to Access
Cold water & guard walked right by my open
door & said nothing... 1 hr 50 min since locking doors.
still no "In/out"...
4:07 pm Doors rolled on 2 row; C.O. Coming right along and
shutting them. They are supposed to allow at least 5
minutes for inmates to go get water etc or take
stuff to and from dayroom. My neighbor went
for water and got locked out. I will let him in.
4:30 - "Chow time" announced but C.O. did not make a
sound, they just rolled doors from the Rotunda.
5:00 - Back from chow, door was unlocked
5:55 In/out on 2 row! 5:57 C.O. Locked my door
no time to run get a bottle of water if I
needed one. (Almost 2 hrs between In/outs)
4 In/outs in a 12 hour Day
6:50 - They rolled doors "Cool down Showers!"
7:07 - Return from showers Coolers are waiting
to be refilled. NO ICE WATER

SAT.
7/13/2024                (Pg 41) T-Wing Coffield Unit

| 7:43 pm | -C.O. Counting/Securing doors on 2 Row / NPR 90.1
Reporting on Shooting @ Trump Rally in PA.
Trump hit in ear.

| 8:59 | -5 bells: what does that mean?

| 9:10 | -C.O. Looking for inmate who was out running around;
checking doors & looking @ faces on 2 row.

✱ | 9:15 | 3 bells = Count Clear? ...

→ | 9:47 pm | -It's Saturday; Supposed to be "Late night rack up @ 1:30 AM"
but these guards are just standing around the rotunda and
making NO security/wellness checks/ No In/outs
And we have NO Access to ICE WATER

| 10:00 pm | - Doors rolled open
| 10:34 | (3 hrs between In/outs) C.O. on 2 Row, Shutting doors
| 12:09 | C.O. on 2 row Announcing "2 Row Special Count"
| 12:16 | C.O. checking our I.D's

Sun
7/14/2024      | 4:00 AM | Chow | 4:30 | return from Chow
| 6:20 AM | C.O. Securing doors on 2 row 2 hrs 20 min
2 hr     they've been open.. No Security/wellness checks.

| 7:20 | In/out, ~~C.O. on 2 row~~ rec on 2 Row.
| 8:00 | — | 8:15 | cell search! There is No dayroom !??
✱ | 8:22 | -Counting on 2 row ✱ | 8:34 | 2 bells = Count time
✱ | 8:38 | - "M.S.O" & C.O.        ? Counting on 2 row.
| 10:49 | -Chow time but didn't roll our doors; He just
ran down the run, clanging his Key on the bars and
Yelling "Last call for Chow". I had to Let myself
and my neighbors out

| 11:29 pm | -Back from chow, no guards on our wing as usual
for about 2-3 hours during "Chow times".

| 12:02 pm | -C.O. Shutting doors on 2 row, even though my celly is
still at chow? (I had to open door for celly & neighbor)
| 12:20 | -C.O. opening doors for people returning from chow, like he
is supposed to do, using his door tool...
✱ | 1:36 | -1 bell = prepare for Count; C.O. is emptying the day
room for Count. Racking us all up in our cells
and cutting off Access to Cold Water.

Sunday 7/14/24          (pg 42) T-Wing  Coffield Unit

- 1:41 Pm  2 bells = Count time.  2:00 Pm  C.O. Counting on 2 row.
- 2:16 Pm  "Ms O" Counting/writing a Case on 2 08 T?
- N  3:03    Major Henstee on 2 row checking Temps in cell 221
- 3:21 Pm  - 3 bells = Count Clear !!  5:45 P - Chow!
- 6:17 Pm - Return from chow. Getting ready for cool showers
   No rounds since Count @ 2:16 & Major checking temps
   @ 3:03... (3 hrs)
- 6:33  - C.O. Securing doors for shift change.
   1st time since 1:36...
- 7:18 Pm - Back from Cool off showers; Opened our own
   doors...
- 7:25  - 1 bell = Prepare for Count  7:46  2 Bells = Count
- 7:59 Pm  C.O. Securing doors on 2 row.
- 8:13 Pm - C.O. counting on 2 row  8:56  3 bells followed
   by a pause & 2 bells? 5 Bells ???
- 9:37 Pm - 3 bells = Count Clear...
- 9:39 Pm  Sgt ___? walking 2 row; No In/out?
   NO ACCESS TO ICE WATER since 7:59 almost 2 hrs)
- 9:53  - Doors opened so people in day room since
   7:25 can rack up. (over 2 hrs locked in dayroom)
- 10:00  - CO NO NAME plate, Locking doors (no Toilet)

Monday 7/15/24          (pg43) T-Wing Coffield Unit

| 6:01 am | C.O. Locking doors from when they were opened @ 4:30 Am |

8:15    C.O. Securing doors for count.

| 8:28 Am | -2 bells = Count time. * | 10:08 | 3 bells = Count Clear |

| 10:23 | In/out 2 row - They do not allow enough time to go get a Cup of water @ 10:24 - door shut |

2 officers shutting doors one on each end!

| 10:41 | 2 C.O.'s opening/closing doors on 2 row for Chow

C.O. W. Bedinbom & the female has NO NAMEPLATE

@ 11:44 I returned from Chow & both C.O's are sitting in the stairwell while we come back & open our own Cells with our "Keys" — C.O. Gathy is working as the "Turn Key" today

| 1:23 pm | - Let myself out to Access Cold WATER! because They have not Conducted In/outs since Lunch @ 10:41 over (3 hrs)! & they are about to lock 'em All up for 2-3 hours for Count ... (Retarded!)

90's Today

| 1:49 pm | C.O. NO NAME Plate & C.O. W. Bedinbom shutting doors on 2 row ahead of Count.

| 2:14 pm | - Both C.O.'s taking Count on 2 row.

| 2:27 | -2 more C.O.'s taking Count on 2 row

| 2:29 | 2 Bells = Count time.

| W | 2:57 pm | Warden Ragland checking Temperatures in Cell 221, checking that doors are secure and Screaming @ guards to "Open 221!"...

| 4:00 pm | - Inmates let themselves out & are hanging out on the run etc.; Let myself & neighbors out to Access cold water (4:19) Its been 2½ hrs!! Since they locked us in @ (1:49) and I guess Left?

H E A T

| 4:30 | KERA "Low near 80° still under a "Heat Advisory" & High near 103° tomorrow and they lock us away from Ice WATER and just leave? (CuKoo!)

A D V I S O R y

| 6:00 pm | Igloo is empty NO ICE WATER

| 6:19 | - Chow (6:38) return from Chow still NO Ice WATER & they locked our cells while we were gone So, maybe they made a Round between 6:20 - 6:37?

2nd shift is sitting around the Rotunda doing nothing 6:41 pm

Monday 7/15/2024          (pg 2/4) E wing Coffield Unit

**X 7:51 PM** 2 bells = Count time; officers are shutting doors on 1 row. Still NO ICE WATER and we are under a "Heat Advisory."

**X 7:57** - CO. Locking doors & Counting on 2 row.

**X 8:53 PM** Mail on 2 row & 3 bells followed by 2 bells again? Is this back to back Count? Still NO ACCESS to Cold WATER & ICE !!! ! 3 hrs w/ NO ICE WATER!

**9:29** 2 bells? What the Heck?

**10:04 PM** Rolled doors for "Rack up" I was able to get 1-20oz bottle of Cold water after 4 hours without.

**X 10:21** - Securing doors on 2-row

**Tuesday 7/16/2024**

**X 2:53 Am** 2 bells = Count time! **2:01 Am - 4:36** Chow

**7:00-7:20** Library **7:25** "Outside Rec" 2 row In/out

Note: It never did cool off last night and its already Warm/hot @7:20 Am! **X 8:15** CO. Counting on 2 row

**103° 2-day!** **X 10:38** 3 bells = Count Clear. Let myself out because I had a Lay in for Medical.

**12:01** - Back from Medical/Lunch/Let myself in.

**1:17pm** "Last Call for chow, C.O.'s locking doors on 2 row.

**X 2:18 Pm** 1 bell = Prepare for Count **2:42** 2 C.O.'s with NO NAME Plates are counting & securing doors on 2 row.

**X 2:50** 2 bells = Count time.

**W 2:59** Warden Ragland checking temps @ Cell 121 2 C.O's counting.

**4:22** People are screaming for "WATER"! The female officer is having SSI's fetch cups but inmates do not want other inmates handling their cups. Luckily I have a bottle.

HEAT ADVISORY DAY → NO Day Room All day and they have us Locked in our cells during a "Heat Advisory"...
→ 103°

**4:29** 3 bells = Count Clear

Tuesday 7/16/2024          pg 45 T-Wing Coffield Unit

[5:47pm] -Returned from Chow/opened my own door as there is No guards working inside our wing. I think they take breaks @ chow time instead of making rounds?

[8:02] NO ICE WATER ever since I came back from Chow (2 hrs)

☆[8:15 pm] -2 bells = "Count time" [8:29] 2 row Counting

Wed. 7/17/2024  [12:22] -Roster Count 2 Row
☆[12:33] -3 bells = Count clear!

☆[4:33 AM] -The Count clear bells rang @ about 3:35 AM, We got out of our cells early as usual and found there was only one guard here on P-3 side and he was passed out in the Rotunda and The T-wing gate was open & unlocked! So inmates wandered the hallways waiting for the showers and chow halls to open up. When I came back the guard in the Rotunda was still passed out but one other guard was awake but a lot of other inmates had broken out of their cells & are waiting to go to chow/showers...

NO
Security

[4:50 AM] -The Rotunda just now rolled our doors for chow. It's been hot all night and its still warm this morning. maybe it will cool by 6:00 AM?

[5:50 AM] -C.O. walking 2 row Announcing "Chow & Shower"
98° KERA "High of 98° today"

[6:04 Am] -C.O.'s securing doors on 2 row
[7:21] -C.O. on 2 row Out "Dayroom, Work & layins"!
[8:20] Counting on 2 row / No rec?
[9:19] C.O. Ford doing his job right dispensing Water on 2 row & 1 row.
[10:05] In/out, "Layins & Dayroom" 2 row
☆[10:25] 3 bells = Count clear.
[10:34] Ford Conducting a security check on 2 row.
[10:54] In/out Chow time!
[11:42] -Back from chow. C.O. KAKE is working as "Turn Key" today.

7/17/2024 wed.                    (Pg. 46) T-wing Coffield Unit

11:57 AM  C.O. Ford and his trainee conducting security check
          on 2 row

12:55 pm  In/out security check 2 row (Ford is on the move all
          day long but still cannot do the "wellness checks" every
          30 minutes or @ all. I've never seen a restrictions list)

✗ 2:03 pm  C.O. Racking up 2 row for daily 2:00 (2:30) Count.

✗ 2:32 pm  2 Bells equals = Count time!

✗ 2:41    Co's Counting on 2 row.

n 2:56    Major HALL - Conducting Temp. check @ cell 921

3:17      2nd C.O. Counting on 2 row

✗ NOTE:   3:55 - @ [One] of the Hotter parts of the day (98°)
          They lock us in our cells away from Ice Water
          and conduct Zero wellness checks...

✗ 4:44 pm  3 bells = Count clear/ No sign of Ford.

6:26      - Back from Chow / Ford got my key. Maybe it's
          a good thing.

7:00      Cool down showers   7:51   - Mail Call 2 row.

✗ 8:59 pm  C.O. Counting on 2 row ✗ 10:03   C.O. on 2 row still
          Counting???   10:34   Doors rolled for In/out
          rack up.   10:38  C.O. Securing doors

Thursday 7/18/2024

✗ 3:18 AM  C.O. Counting on 2 ROW ✗ 3:40 AM  Count Clear!

4:38 AM  - Back from chow/showers.

KERA - "93° today 940 Friday

5:56  - C.O. Securing doors on 2 row before shift change.

6:32 AM  - Got neighbor to let me out; I have a 7:00 Layin.

11:00 AM  - Back from Dentist   11:26   - chow time! C.O. Locking doors
          12:30   Commissary Line - 5:00

5:08 pm  - I've been out in the Hot Hallway since 12:30. Count
         did not clear until 5:00 - 6:30 Chow  7:05 Cool showers

✗ 8:35 pm  - It's Count time; I had a busy day & was not able to
          take good notes today. I cleaned up my bunk/cell to
          be better organized. They have been doing good on the
          Ice water after we grieved it...

✗ 9:27 pm  - 3 bells ringing = Count Clear...

Thurs.
7/18/2024          (pg 47) T-wing Coffield Unit

**9:41 pm** - female C.O. Conducting Security check on 2 row but has not given us an In/out to Access water or the dayroom. She pulled down sheets etc blocking her view to cells but she wears no Nameplate and will not even speak when I ask her questions about mail, Lay ins, water etc. She Acts like I'm speaking Chinese!

**10:09 pm** I Asked the officer if I could please go get a bottle of Cold water... she ignored me; I asked again @ 10:02, she allowed me to fill my bottle by having my door opened...

7/19/2024  Friday
**12:16 AM** - Co. Counting on 2 row, **2:18 AM** Security √ 2 Row.

**2:50 AM** 2nd C.O. Counting just minutes after the 1st one on 2 row. **3:02** 2 bells = Count time !

**5:18 AM** - Back from chow. Computers are down and Power Keeps Shutting off and back on. So they are not letting some people eat and shower because they say they have to Count? Horrible Supervision!

**5:36 AM** 2 bells = Count time. (Special Count)
**5:44 AM** - Co counting 2 row; securing doors **6:00** 2nd C.O. Counting on 2 row **6:52** - 3 bells = Count clear!

High 92°  **7:24 AM** C.O. Calling "Dayroom, education, Outside Rec. on 2 row. He never rolled a our? door, only checked to make sure it's locked!

**8:36** 2 Bells = Count time. **10:00** Count clear!
**1:00** to **1:33** Chow; Cells are locked and the wing officer has been sitting in the stairwell since before we left for chow.

**2:34** Count time, I'm taking a nap.

**4:50 pm** Count clear.

**8:13 pm** 2 neighbors had a fight. Of course the guards were all standing around @ the Rotunda talking instead of doing their jobs. People can get hurt really bad quick in these small cells. I hate this shit!

No Security   No Wellness   No Justice

7/20/2024                    (Pg 48) T-Wing Coffield

| 2:56 AM | 2 bells = Count time. The night air is cool!
| 3:35 AM | 3 bells = Count Clear.
| 4:37 AM | - Return from Chow/Showers/Trying to sleep while its Cool..
| 11:06 | - C.O. on 2 row, "Chow Time"...
| 12:16 | - Back from chow. Mike Barber Ministries Volunteers are touring the Unit.
| 1:07 PM | - "In & Out" on 2 row, C.O. is Shutting doors. I filled my 20 oz water bottle
| 2:20 | - We are Locked in Cells; C.O. is Conducting Count on 2 row.
| 2:47 | 2nd C.O. Counting on 2 row
| 2:51 PM | - Warden Ragland checking doors and Temps @ cell 221..
| 3:50 | C.O. Counting 2 row.. I Asked him for ICE &!! !! WATER! Numerous times. All he did was give me a thumbs up and kept on walking...
| 4:05 | - Count Clear
| 5:56 | - Return from chow - Chapel was too full to allow us in for respite & Mike Barber Ministries
| 7:20 | - Security check on 2 row
| 8:00 | - Going to sleep/No more notes 2 night ☺

Sunday 7/21/2024          (Pg 49) T-wing Coffield Unit

**4:41 AM** - Back from breakfast which was served on paper plates and brought back to the housing area? don't know why but suspect staff shortage...

**7:27** - Security check 2 row. The officer is waking people up to make sure they are alive kind of like they do @ commercial chicken barns where they throw out the dead ones every morning.

**7:31** In/out 2 row... our doors opened. Guard is calling "work, lay-ins, visitation" but not dayroom. I barely had time to grab 20oz of cold water before he shut my door.

**8:38 Am** - Officer Unga bunga counting on 2 row

**9:02** 2nd officer counting on 2 row. All the chickens and pigs are in their pens. Count clear **10:10** "Dayroom, In/out"

**10:05 AM** Out for chow. C.O. on 2 row closing doors...

**12:01**

**12:47 Pm** Returned from chow / Pill window

**1:54 Pm** C.O. closing doors and counting.

**6:14** - Returned from an early chow. CO. making a security round / In/out. First I've noticed since 1:54 pm?

**8:00** Security check 2 row / I miss showers!

Note: Inmates tell me on Saturday 7/20/24 in K-wing which is Seg. One inmate died from K-2 and TDCJ is charging one with Murder for giving it to him. I'm asking for more info such as names #'s etc.

**10:09** Doors rolled for water

**10:54** - C.O. securing doors for rack up time. They left them open for a really good length of time 33 min.

Monday
7/22/24                          (pg 50) T-wing Cotfield Unit
☑ 1:45 AM - C.O. checking on us. Asked me if
              I'm writing a book? LoL he's a nice Kid.
☐ 5:26 AM - Back from showers/chow
☑ 6:05 AM - "School turn out", C.O. Securing doors on 2 row.
☐ 8:05 AM - "Rec" ☑ 8:36 2 C.O.'s Counting on 2 row.

# No Notes till:
☑ 7:40 PM In /out I went and got 20oz Cold water.
✱☑ 7:54 PM 2 officers (female) Conducting Count on 2 row one
           officer is here regularly and the other appears to
           be in training
✱☑ 8:15 PM - 2 officers Counting on 2 row one appears to be
           in training.
☐ 8:41 PM SSI got me more cold water (20 oz)
   ☐ 8:42 - Door's rolled ☑ 9:02 2 C.O.'s closing doors
             She's doing a good job
☐ 10:02 pm - Our doors rolled
☑ 10:06 pm - C.O. Securing doors for the night 2 row.
☑ 10:51 pm - security check 2 officers 2 row w/ flashlight

☐ 7-23-24 (Tuesday) We Are on Lockdown T-wing

✱☐ 2:50 AM 2 bells equals Count time but 2 C.O.'s
           already counted earlier
☑ 3:15 AM C.O. Hughes - Opened doors for medical
           lay ins and had to Escort 6 of us to
           medical due to Superiors ordering her to
           "Lock us down" Last night & When questioned
           "who's orders" She said "the ~~possos~~ Big Bosses"
           but couldn't or wouldn't ~~oooo~~ reveal a name
☐ 5:08 - Back from Medical and Chow; Ms. Hughes
   AM    Left 3 of us in medical unescorted so I
         got to go eat in chow hall. ☺ upon return
         my door was locked 208 asked me to fetch
         him some cold Water. I was yelled @ by
         Ms. Hughes for doing so and asked her how am
         I supposed to have unlimited Access to Water.
         She said the SSI who's been here all night
         SSI's name is "Cecil"

Tues 7-23-24          (pg. 50) T-wing  Coffield Unit
Locked down
Last night...    7:37 Am  C.O. making first Security check of
              the day. First check since 5:08 Am
              1 1/2 hrs. NO ICE WATER Since 5:08

* 8:51  officer Counting on 2 row 2 of them
        I asked twice for ice water from Small African
        C.O. He totally ignored me... 2nd officer stopped
        but said No Jug, NO Water. Jug is missing.

9:04  SSI delivering cold water on 2 row.

9:07 Am 2nd C.O. Counting 2 row.

11:30  - Lunch Johnnies delivered

11:45  I have a Stool sample filled up and stinking
       SSI said the officer "aint gonna come right
       now." Last round they made was Count
       time 2 hours and 40 minutes ago.

Pm 1:40  - Officers here on 2 row opening up doors a
         Couple cells down refuse to acknowledge
         me when I ask them to help me get
         my Stool Sample to Medical.

     * 2:10 Pm C.O. Making first round since last
       Count time @ 9:57 am (hey! 5 hrs aint bad!)

Pm * 2:14 Pm 2nd officer Counting.

W 2:53  Warden Ragland checking Temp @
        221 would not talk to me about
Pm      my Lab Sample
3:03  - I Asked Warden Ragland if he could get
        Someone from medical to pick up my Stool
        Sample. He nodded his head yes and
        walked on.

Note: - Warden was wearing his body cam on
Pm       his chest.
3:21  - SSI dispensing Cold water on 2 row 2nd
         time today. I got 20 oz.

Pm I fell asleep. its
4:50  Little African guy is making a Security
Pm    check on 2 row, C.O. "GYAN"
6:09  C.O. GYan putting inmates back in Cages
       who broke out on 2 row.

7/23/24                    (pg 51) T-wing  Coffield Unit

Φ [6:48pm] Celly used house key to go get us some
          Freaking Water!
S [7:01 pm] - "Cool down showers" "We must be off of
          Lock down [7303] "Get ready for day
          room". Yep, were up but I don't go out
          except for Water.
M [7:19]  Mail Call
   [7:34 pm] - "Rack it up!" Sgt_____?
+ [7:54 pm] Sgt_____ had an officer escort me to
          medical, to finally drop off my poop
          sample!
* [9:20]  Count clear... We've been locked up
          7:34 & they have not had an SSI or
  ⃝       anyone to bring Water by or allow
          us to go get any ICE WATER

[7/24/24] [5:27 Am] - Back from showers/chow/LAB
          and am running behind on my
          notes. Got caught with my
          "Key" and lost it which is
          a relief! Now I'm clean.
[6:00] - Officer securing doors prior to shift change.
[7:42 Am] - In/out on 2 row [7:45 Am] Barley made it back
          up stairs to my house before C.O. Shut my door.
          No Wellness checks; simpley roll doors and
          Secure them. You have to stay in dayrooms
          to Access cold water /NO Rec/.
[7:58A] - Maintenence working on lights. Inmates out on
          the run. So I guess they are done cracking
          down on people being out of their cells?
          They need to leave door open & change the
          policy to this.
[8:48] Counting on 2 row Officer_____? I cant
          read his name plate nor probably pronounce it.
          Count bell rang late [8:49?]
[8:56] 2nd C.O. Counting female_____?
          No cross gender announcements?
          Female on the wing?

Count started @ 8:48 Am

7/24/2024          (pg 52) T-wing Coffield Unit

| 8:59 Am | - I'm gonna try to nap till count clears.
          Its cool this morning.
| 9:08    | Guard escorting woman on 2 row
| 9:27    | Warden Ragland and women? down stairs on
          1 row I Saw Woman lift lid of cooler that
          they Lied and claimed are being secured and
          take a digital photo of the Level I suppose?
| 10:59   | - Doors rolled I did not hear Bells?
| 11:58   | - Doors have been open one hour; no security
          rounds no chow but a whole lot of weed
          Smoke! Stinky too! Hope NO 16 year
          old is laying half dead in his bed...
| 12:24   | - Spoke with Mitch in 102 or 103 Cell He said
          the 2 ladies were with the ADA checking
          whether he knew about AD.10.64 etc. He
          Brown nosed them in front of Warden Ragland
          Liar. He told me "we really need cold Water!"
          Dont think he told them.
Note: All the Doors are still open no C.O. ever made
          a round and even Both 1 & 2 Row mop closets
          are wide open? Dayroom door unlocked.
→ This is how it should be even through counts!
          They dont need to rack us up for counts.
| 1:09 Pm | Chow | 1:26 | Barber shop locked nobody tending door
          nor Sgt's desk Sgt Danso Working B side Chow
          hall door. Igloo was in barber shop (u) | 1:28 | pill
          window | 1:30 | - T-wing. All doors on 1 & 2 row
          remained unlocked as well as 1 row dayroom
          door. Water keg is full again (u) | 9:08 Am | was the
          last time I saw a guard in T-wing. 5 hrs.
          Hope nobodies needing an Ambulence.
          Inmates usually will be the first to Know
          if they arent locked down.
| 1:56 Pm | - Hearing various voices in my head I try not
          to listen to them they are not very loud
          to day.
✗ | 2:22 | 2 bells - Count time
✗ | 2:55 | - C.O. closing doors / Counting on 2 row
          C.O. Kuja

7/24/24 Wed                (pg 53) T-wing Coffield Unit

XXX 2:59 PM - Major Hall on his way to 221 for
daily Temp check.

XP 3:13 - 2nd C.O. Counting 2 row while checking
doors are Secure

X 4:07p 3 bells = Count clear 4:32 NO ACCESS
to Cold ICE WATER since 2:55 ; ~~~~

4:35 - "Wood" is getting me water. People are ~~out~~
out on run. I lost my "key" today.

KERA   this does suck to be stuck in cell.
"90°"   They do Not Conduct their Wellness/Security
@ 4:51  Checks. 5:08P Paid neighbor to get us
        out of cell. (Perphenazine making me
        anxious again.) Almost 3 hours since
        Closing doors.

5:39Pm - Back from chow
7:37p ~ Cool down showers.
7:51 - Mail call / Count / C.O. on 2 row
        shutting doors most likely
        for the night.

Woke at 9:30 Doors were unlocked.
10:00 - Rotunda rolled doors for rack up.
        I was asleep from 8-9:30 - I assume officers
pm      passed by for Countin' that time period.
10:26 - Officer securing doors on 2 row cutting off
        access to water but "Cecil" may be working
        tonight ? He is SSI that will get us Water

11:43 am 1bell - prepare to count  No cecil tonight no
7/25/24 Ice Water. 12:14 C.O. Counting on 2 row
2:43 A C.O. Counting 2 row
3:42 AM - Neighbor popped my door open for me
4:43 AM - Return from breakfast Water jugs full. C.O.s
        @ night do not ever come around except to
        Count. They only roll our doors from the
        rotunda and this morning were sitting in
        dayroom instead of conducting wellness
        checks looking for dead bodies etc.

Thurs. July 25, 2024      (pg 54) T-wing Coffield Unit

**5:49 AM** - Went to get ice water before maintenence starts
Power washing. Night shift rolled our doors
@ 4:00 and never shut them. And they
shouldn't. **6:00** - C.O. shutting doors 4 shift change

**7:20 AM** Ingress/Egress - Maintenence is power washing
dayroom on 1 row they started on 3 row dayroom
**(W)** I was able to fill my Gatorade 20 oz bottle.

**8:30 AM** NO Ingress/Egress NO Day room due to main-
tenence NO wellness checks NO Cold Water
Female officer Lawrence Cannot see her
name plate if she's wearing it, it's covered up.

**8:43 A** - officer counting on 2 row (2 officers) Male/Female

**8:54 AM** - Male officer Counting 2 row. **9:50 A** Officer on 2
row maybe double checking a Counting mistake?

**9:52** C.O Alabi Counting again; I ask him if there is
an SSF who can get us some cold water? He said
"I'll tell him." 7:20 - 9:52 = 2 hrs 32 mins
and counting.

**10:16** Looks like 3 guards one teaching, 2 training on
2 row looking in on us like we are an exihibit
@ the zoo. **10:16** one officer is taking my water
**(W)** bottle to be filled... YAY 20 oz in 3 hrs !!!

**10:43** = Count Clear! 3 bells rang!
C.C. 3 hrs 23 minutes 1-20 oz bottle of Cold Water
Well - I suppose we can call my 10:16 notation a
ness? "Wellness Check" though I saw no list; She
Check? got me a cold bottle of water herself (")

**11:20 AM** - C.O. writing "Cowboy" in 205 a case for break-
↑        ing out of his cell ✗ Its been 4 hours
4 hrs    since they locked us in and have not Conduc-
in cells ted a single Ingress/Egress; Dayroom is
no In/out Still Closed. NO Access to Cold Water and
No Water Respite thank Goodness we are in between
Calls No Heat Waves.

Wellness checks
: **11:38** - Doors Rolled open: "School" & probably
DOTS (Egress) Lawrence
**11:52 AM** - C.O. Seals & C.O. Closing doors (Ingress)

Thurs. 7/25/24          (pg. 55) T-Wing Coffield Unit

W/12:49 PM - Inmate conducting a "Water Call" for us in
our cells. 10:20 (Last 20oz water) 2hrs 29 minutes
Its better than 6 or 4 !! (Inmate was from cell
104 Name "4-4" He talked African C.O. Lawrence
to let him pass out water to us. since nobody
seems to know AD-10.64 Policy.

1:10 PM Chow - Pill window - [2:00] Popped in Cell.

2:10 - C.O. Ms. Lawrence & another C.O. Seals ? Female
Conducting an Ingress from Lunch before
PM Count. 1 hr for Lunch.

2:30 PM - C.O. Lawrence & trainee Seals closing doors
on 2 row @ 2:30.

2:40 PM - Lawrence & Seals both Counting on 2 row

MAJOR HALL ✱

3:00 PM - Checking temps @ 221; I Asked Hall if
he could write me a pass to attend my native
American Services @ 5:00 He said no but
Major Henslee can She's B side I'm A side.

C [5:22] - 3 bells Count Clear.

[6:30] Chow [7:10] Showers [7:23] C.O. Security
Check on 2 row

✱ [7:58 PM] "Count time" [8:38]

R [10:55] Rack up.


✱ Friday 7/26/24 ✱

✱ [3:29] Am - Counting on 2 row. [3:36] Count clear

[5:39 Am] - Back from chow it's extremely humid already

[7:00] "Outside Rec" [7:30] Day room In/Out

✱ [8:42] Count time [9:37] Sgt Layten Conducting secur-
ity Check

[10:23] - We have been locked in cell since 7:30 AM

✱ [10:46] Count Clear = 10:46 - 7:30

[11:38] - oops - doors have been open since 11:00
people are out smoking Weed etc. boy that
Stuff stinks !

10:46
-7:30 → 3:16 (3hrs 16 min) - Am Count

FrIday 7/26/24          (pg 5e) T-wing Coffield Unit

PM

| 12:01 | Doors have been open for an hour

| 12:20 | Sgt Layton entered the Rotunda / Doors are
open and no guards inside T-wing for hours
PM  No wellness / security checks...

| 1:35 | -Returned from Chow. Sgt Layton is still in
the Rotunda and our cell doors well closed
So they made a security round while we
were gone.

Count | 2:06 PM | - Racked up for Count. "Solo" has
a grievance returned that claims that
they are not Locking people up @ Count
time and says that of course, they are
Conducting egress / ingress

★ | 2:31 | C.O.          ? (No Name plate) Counting on 2
row. | 2:32 | 2nd officer counting.

W | 2:38 | pm - inmate "4-4", from one row got out of
WATER  his cell during count and is filling up
Boy  Water bottles on his own. It's not his
Job and nobody asked him, nor gave him
permission. He is from T-104.

N | 3:00 PM | - Gotcha! Major Henslee (B-Side Major)
checking Temps @ 22°. | 3:07 |

Per Major Henslee
          1) "Cool off showers are Any Time!"
          2) Regular shower are 4:00 & 7:00
    3) She could not give me a pass to go to my
       religious services. The guards will give me all"

    4) If you need Grievances, stop by my office
       and I'll give you some."

★ Major Henslee — My next 🖊! [k]

★ | 4:06 PM | 2 hrs Counting so far...And Counting

★ | 4:48 PM | Count Clear (2:08 to 4:48) = 2 hrs 40 min
Chow | 5:30 |       | 5:55 | - CASA    (2h 40m)

Friday 7/26/24          (pg57)  T-Wing Coffield

**Empty** 6:06pm—Water Jug Empty. It has enough ice for one more
**NO ICE** refill but they locked the mop closet and left
**WATER** the wing with our doors open @ Least

7:22pm C.O. AYAN JOKE would not Allow us
**NO ICE** to go to cool off showers I told her that
**WATER** Major Henslee said we can go anytime and she
said "Not Yet" WATER Jug Empty now
**NO Cool** over an hour because the mop closet is
**Shower** Locked Last Security round @ 3:00pm 4hrs

7:38 pm—Back from Cool off showers. Major Henslee is a liar
Not gonna get in arguments with her.

8:14 pm—C.O. Smithsmate? on one row closing doors for
Count. I Ask for water and he said "I'll
**2hrs 8mn** check on that. 8:18 C.O. closing our door I
**No water** Ask for water & that we hadn't had any in 2 hrs
he said "Let me check".

8:50pm—2nd Count. Asked about water, he said "Let me see
after count C.O. _____ ←Blackmale

9:22 pm—Still no ice water /day room open; its still Count.
no Water!!!
3:16 in 3hr 16mn 10:04—Still no ICE WATER
10:11pm. ~~Racked~~ Count Clear.
6:06
4:05 4hrs 5mn. NO ICE WATER

10:27—Rack time
No water all night maybe because We had
access to it all ~~week~~ day?
I thought they had the ice under
Control?

SAT 7/27/26—Shipped off to Beto Unit to sleep
on the floor with 200 others and
share 2 TVs, 2 toilets, 2 sinks, 2 urinals
with Guys who use walkers and CPAP Machines
ADA, 14th, 1st, 8th Amendment Violations



Brian G Oatman #2097131
Beto Unit
1391 FM 3328
Tennessee Colony, TX
75880

5 Legal Correspondence

SCREENED BY CSO
AUG 02 2024

Exhibit #3

Clerk, U.S. District Court
Western District of Texas
501 W. 5th Street, Suite 1100
Austin, Texas 78701

(Tiede v. Collier 1:23-cv-1004-RP)